AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MIA WILLIAMS, BRITTANY CALVERT, DEDTRA DAVIS, and ALISA LEGGETT, on their own behalf and on behalf of those similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>RETREAT BEHAVIORAL HEALTH, LLC, a Florida Limited Liability Corporation, et al.,<br><br>*Defendant(s)* | Civil Action No. 24-cv-80787-DMM/Matthewman |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RETREAT BEHAVIORAL HEALTH, LLC,
by serving: David Silberstein, Manager
1001 E 19th St
Brooklyn, NY 11230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan D. Barack, Esq.
Kwall Barack Nadeau PLLC
304 S. Belcher Rd., Suite C
Clearwater, Florida 33765
Primary Email: rbarack@employeerights.com
Secondary Email: jackie@employeerights.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jul 19, 2024

*s/ Lisa I. Streets*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

MIA WILLIAMS, BRITTANY CALVERT,
DEDTRA DAVIS, and ALISA LEGGETT,
on their own behalf and on behalf of those similarly situated,

*Plaintiff(s)*

v.

RETREAT BEHAVIORAL HEALTH, LLC,
a Florida Limited Liability Corporation, et al.,

*Defendant(s)*

Civil Action No. 24-cv-80787-DMM/Matthewman

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NR FLORIDA ASSOCIATES, LLC,
by serving: David Silberstein, Manager
1001 E 19th St
Brooklyn, NY 11230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan D. Barack, Esq.
Kwall Barack Nadeau PLLC
304 S. Belcher Rd., Suite C
Clearwater, Florida 33765
Primary Email: rbarack@employeerights.com
Secondary Email: jackie@employeerights.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 19, 2024

Angela E. Noble
Clerk of Court



*s/ Lisa I. Streets*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MIA WILLIAMS, BRITTANY CALVERT, DEDTRA DAVIS, and ALISA LEGGETT, on their own behalf and on behalf of those similarly situated, <br> *Plaintiff(s)* <br> v. <br> RETREAT BEHAVIORAL HEALTH, LLC, a Florida Limited Liability Corporation, et al., <br> *Defendant(s)* | Civil Action No.  24-cv-80787-DMM/Matthewman |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NR PENNSYLVANIA ASSOCIATES, LLC,
by serving: Corporation Service Company, Registered Agent
2595 Interstate Dr #103
Harrisburg, PA 17110


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ryan D. Barack, Esq.
Kwall Barack Nadeau PLLC
304 S. Belcher Rd., Suite C
Clearwater, Florida 33765
Primary Email: rbarack@employeerights.com
Secondary Email: jackie@employeerights.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Jul 19, 2024

*s/ Lisa I. Streets*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MIA WILLIAMS, BRITTANY CALVERT, DEDTRA DAVIS, and ALISA LEGGETT, on their own behalf and on behalf of those similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>RETREAT BEHAVIORAL HEALTH, LLC, a Florida Limited Liability Corporation, et al.,<br><br>*Defendant(s)* | Civil Action No. 24-cv-80787-DMM/Matthewman |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NR CONNECTICUT, LLC,
by serving: NR CONNECTICUT, LLC, Registered Agent
3543 MAIN STREET, SECOND FLOOR,
BRIDGEPORT, CT, 06606,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan D. Barack, Esq.
Kwall Barack Nadeau PLLC
304 S. Belcher Rd., Suite C
Clearwater, Florida 33765
Primary Email: rbarack@employeerights.com
Secondary Email: jackie@employeerights.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jul 19, 2024

*s/ Lisa I. Streets*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MIA WILLIAMS, BRITTANY CALVERT, DEDTRA DAVIS, and ALISA LEGGETT, on their own behalf and on behalf of those similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>RETREAT BEHAVIORAL HEALTH, LLC, a Florida Limited Liability Corporation, et al.,<br><br>*Defendant(s)* | Civil Action No. 24-cv-80787-DMM/Matthewman |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JAMES YOUNG, in his capacity as
Temporary Receiver of NR Pennsylvania Associates, LLC,
by serving: Jason Asbell, Esq. (counsel for receiver)
Hubbell Kraybill & Hess LLP
2933 Littitz Pike
Lancaster, PA 17606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ryan D. Barack, Esq.
Kwall Barack Nadeau PLLC
304 S. Belcher Rd., Suite C
Clearwater, Florida 33765
Primary Email: rbarack@employeerights.com
Secondary Email: jackie@employeerights.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jul 19, 2024

*s/ Lisa I. Streets*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MIA WILLIAMS, BRITTANY CALVERT, DEDTRA DAVIS, and ALISA LEGGETT, on their own behalf and on behalf of those similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>RETREAT BEHAVIORAL HEALTH, LLC, a Florida Limited Liability Corporation, et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 24-cv-80787-DMM/Matthewman |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COAL LAKE WORTH, LLC
by serving: Law Offices of Gold & Parado, Registered Agent
9200 South Dadeland Boulevard, Suite 208
Miami, FL 33156


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ryan D. Barack, Esq.
Kwall Barack Nadeau PLLC
304 S. Belcher Rd., Suite C
Clearwater, Florida 33765
Primary Email: rbarack@employeerights.com
Secondary Email: jackie@employeerights.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jul 19, 2024

Angela E. Noble
Clerk of Court

*s/ Lisa I. Streets*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| MIA WILLIAMS, BRITTANY CALVERT, DEDTRA DAVIS, and ALISA LEGGETT, on their own behalf and on behalf of those similarly situated, <br> *Plaintiff(s)* <br> v. <br> RETREAT BEHAVIORAL HEALTH, LLC, a Florida Limited Liability Corporation, et al., <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 24-cv-80787-DMM/Matthewman |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  COAL NEW HAVEN LLC,
by serving: JUDA J. EPSTEIN, Registered Agent
543 MAIN STREET, SECOND FLOOR,
BRIDGEPORT, CT, 06606,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan D. Barack, Esq.
Kwall Barack Nadeau PLLC
304 S. Belcher Rd., Suite C
Clearwater, Florida 33765
Primary Email: rbarack@employeerights.com
Secondary Email: jackie@employeerights.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jul 19, 2024

*s/ Lisa I. Streets*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

MIA WILLIAMS, BRITTANY CALVERT,
DEDTRA DAVIS, and ALISA LEGGETT,
on their own behalf and on behalf of those similarly situated,

*Plaintiff(s)*

v.  Civil Action No. 24-cv-80787-DMM/Matthewman

RETREAT BEHAVIORAL HEALTH, LLC,
a Florida Limited Liability Corporation, et al.,

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  COAL CAPITAL EPHRATA, LLC,
by serving: Corporation Service Company, Registered Agent
2595 Interstate Dr #103
Harrisburg, PA 17110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Ryan D. Barack, Esq.
Kwall Barack Nadeau PLLC
304 S. Belcher Rd., Suite C
Clearwater, Florida 33765
Primary Email: rbarack@employeerights.com
Secondary Email: jackie@employeerights.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jul 19, 2024

s/ Lisa I. Streets


Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MIA WILLIAMS, BRITTANY CALVERT,
DEDTRA DAVIS, and ALISA LEGGETT,
on their own behalf and on behalf of those similarly situated,

*Plaintiff(s)*

v.   Civil Action No. 24-cv-80787-DMM/Matthewman

RETREAT BEHAVIORAL HEALTH, LLC,
a Florida Limited Liability Corporation, et al.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COAL CAPITAL GROUP, LLC,
by serving: DAVID SILBERSTEIN, Manager
1001 E 19th St
BROOKLYN, NY 11230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan D. Barack, Esq.
Kwall Barack Nadeau PLLC
304 S. Belcher Rd., Suite C
Clearwater, Florida 33765
Primary Email: rbarack@employeerights.com
Secondary Email: jackie@employeerights.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jul 19, 2024

Angela E. Noble
Clerk of Court

*s/ Lisa I. Streets*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MIA WILLIAMS, BRITTANY CALVERT, DEDTRA DAVIS, and ALISA LEGGETT, on their own behalf and on behalf of those similarly situated,<br>*Plaintiff(s)*<br>v.<br>RETREAT BEHAVIORAL HEALTH, LLC, a Florida Limited Liability Corporation, et al.,<br>*Defendant(s)* | Civil Action No.  24-cv-80787-DMM/Matthewman |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  HFGC FLORIDA, LLC,
by serving:  Law Offices of Gold & Parado, Registered Agent
9200 South Dadeland Boulevard - Suite 208
Miami, FL 33156

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan D. Barack, Esq.
Kwall Barack Nadeau PLLC
304 S. Belcher Rd., Suite C
Clearwater, Florida 33765
Primary Email: rbarack@employeerights.com
Secondary Email: jackie@employeerights.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Jul 19, 2024

*s/ Lisa I. Streets*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MIA WILLIAMS and BRITTANY CALVERT, on their own behalf and on behalf of those similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>RETREAT BEHAVIORAL HEALTH, LLC, a Florida Limited Liability Corp, NR FLORIDA ASSOCIATES, LLC, a Florida Limited Liability Corp, CHRISTY GARIANO, ALEXANDER HOINSKY, et al.<br><br>*Defendant(s)* | Civil Action No. 9:24-cv-80787-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CHRISTY GARIANO
4823 Via Bari Apt. 3309
Lake Worth, FL 33463

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michelle Erin Nadeau
Kwall Barack Nadeau PLLC
304 S. Belcher Rd., Suite C
Clearwater, FL 33765
727-441-4947
mnadeau@employeerights.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 19, 2024

**SUMMONS**

Angela E. Noble
Clerk of Court

s/ Lisa I. Streets
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| MIA WILLIAMS and<br>BRITTANY CALVERT,<br>on their own behalf and on<br>behalf of those similarly situated<br><br>*Plaintiff(s)*<br>v.<br>RETREAT BEHAVIORAL HEALTH, LLC,<br>a Florida Limited Liability Corporation,<br>NR FLORIDA ASSOCIATES, LLC,<br>a Florida Limited Liability Corporation,9:24-cv-80787<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  9:24-cv-80787-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alexander Hoinsky
4 Your Host Cir.
Cinnaminson, NJ 08077


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michelle Erin Nadeau
Kwall Barack Nadeau PLLC
304 S. Belcher Rd., Suite C
Clearwater, FL 33765
727-441-4947
mnadeau@employeerights.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Jul 19, 2024

*s/ Lisa I. Streets*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MIA WILLIAMS, BRITTANY CALVERT, DEDTRA DAVIS, and ALISA LEGGETT, on their own behalf and on behalf of those similarly situated, <br> *Plaintiff(s)* <br> v. <br> RETREAT BEHAVIORAL HEALTH, LLC, a Florida Limited Liability Corporation, et al., <br> *Defendant(s)* | Civil Action No. 24-cv-80787-DMM/Matthewman |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DAVID SILBERSTEIN
1001 E 19TH STREET
BROOKLYN, NY, 11230,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan D. Barack, Esq.
Kwall Barack Nadeau PLLC
304 S. Belcher Rd., Suite C
Clearwater, Florida 33765
Primary Email: rbarack@employeerights.com
Secondary Email: jackie@employeerights.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jul 19, 2024

Angela E. Noble
Clerk of Court

*s/ Lisa I. Streets*
Deputy Clerk
U.S. District Courts