UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

MIA WILLIAMS, BRITTANY
CALVERT, DEDTRA DAVIS,
and ALISA LEGGETT
on their own behalf and on
behalf of those similarly situated,

    Plaintiffs,

vs.                      Case No. 9:24-cv-80787-DMM

RETREAT BEHAVIORAL HEALTH, LLC,
a Florida Limited Liability Corporation,
NR FLORIDA ASSOCIATES, LLC,
a Florida Limited Liability Corporation,
NR PENNSYLVANIA ASSOCIATES, LLC,
A Pennsylvania Limited Liability Corporation,
JAMES YOUNG, in his capacity as
Temporary Receiver of NR Pennsylvania Associates, LLC,
NR CONNECTICUT, LLC, a Connecticut
Limited Liability Corporation,
DRPS MANAGEMENT, LLC, a Florida
Limited Liability Corporation,
COAL LAKE WORTH, LLC, a Florida
Limited Liability Company,
HFGC Florida, LLC,
a Florida Limited Liability Company,
CHRISTY GARIANO, ALEXANDER HOINSKY,
DAVID SILBERSTEIN,
ESTATE OF PETER SCHORR, and
ESTATE OF SCOTT KOROGODSKY,

    Defendants.
_____/

## STATUS REPORT

    Comes now, Plaintiffs Mia Williams, Brittany Calvert, Dedtra Davis, and Alisa Leggett,

on their own behalf and on behalf of those similarly situated (collectively "Plaintiffs"), by and

through their undersigned counsel, and pursuant to the Court's Order of July 18, 2024 provides the below status update regarding their claims against Defendants.

1. This case involves Defendants, providers of behavioral and mental health services in Florida, Connecticut, and Pennsylvania. Defendants operated in-patient facilities in Palm Beach County, Florida, Lancaster County, Pennsylvania, and New Haven, Connecticut and behavioral health service centers in Palm Beach Lakes, Florida, South Miami, Florida, Akron, Pennsylvania, Philadelphia, Pennsylvania, and Lansdale, Pennsylvania ("the Facilities").

2. Plaintiffs were employed by Defendants until they were terminated without notice and with substantial amounts of wages unpaid. Plaintiffs assert a variety of claims associated with the wages due and their failure to receive advanced notice.

3. Two of the main corporate officers of the Retreat, Peter Schorr and Scott Korogodsky, appear to have committed suicide. (It appears that an estate was recently opened for Peter Schorr.)

4. Since filing this lawsuit, undersigned counsel has heard from more than 30 different employees who have provided information about their work for Defendants and expressed a desire to participate in this litigation.

5. Undersigned counsel has been working diligently to gain an understanding of the complex operations of the Defendants and evaluating complex matters associated with this litigation, including but not limited to matters associated with the solvency of the Defendants.

6. Upon the motion of a creditor of some of the Defendants, Lapis Advisors, LP, the Court of Common Pleas in Lancaster County, Pennsylvania appointed a Temporary Receiver for one of the defendants, NR Pennsylvania Associates, LLC.

7. A similar motion seeking the appointment of a Temporary Receiver for NR Florida Associates, LLC is pending in Palm Beach County, Florida and undersigned counsel is attending the hearing on this motion and following this matter closely.

8. Plaintiffs have recently filed a First Amended Complaint in this matter, which added two additional named Plaintiffs and a number of additional Defendants. The summonses have now been issued, excepting the Estates, which do not yet appear to have Registered Agents.

9. Undersigned counsel has communicated with the Temporary Receiver and his counsel. As a matter of professional courtesy, a request was made to the Temporary Receiver's counsel to see if they could accept service of process. Undersigned counsel has not yet heard back about this request and therefore has secured a process server to effect service.

10. Similarly, undersigned counsel has reached out to the attorney that has been identified as counsel for the various Coal Capital entities. Undersigned counsel has not yet heard back about this request and therefore has secured a process server to effect service.

11. Counsel is in the process of engaging process servers to serve the other Defendants.

12. Plaintiffs' counsel is endeavoring to ensure that the matter is litigated in the most efficient and effective manner consistent within the dictates of Rule 1 of the Federal Rules of Civil Procedure.

13. Counsel will provide any other information requested by the Court.

In conclusion, this case is a complex matter. It involves former employees suing the Defendants, who operate behavioral and mental health facilities in multiple states, for violations of the WARN Act and unpaid wages. Since the lawsuit began, over 30 additional employees have come forward with information. A Temporary Receiver has been appointed for one Defendant, with similar motions pending in other courts. The complaint has been amended to include more Plaintiffs and Defendants, and steps are being taken to ensure proper service of process. Plaintiffs' counsel is committed to efficient litigation per Federal Rules of Civil Procedure and will provide further information as needed by the Court.

Respectfully submitted,

/s/ Ryan D. Barack
Ryan D. Barack
Florida Bar No. 0148430
Primary Email: rbarack@employeerights.com
Secondary Email: jackie@employeerights.com
Michelle Erin Nadeau
Florida Bar No. 0060396
Primary Email: mnadeau@employeerights.com
Secondary Email: jackie@employeerights.com
Kwall Barack Nadeau PLLC
304 S. Belcher Rd., Suite C
Clearwater, Florida 33765
(727) 441-4947
(727) 447-3158 Fax

       Attorneys for Plaintiffs

       -and-

       /s/ Michael A. Pancier
       Michael A. Pancier
       Fla. Bar No. 958484
       Email: mpancier@pancierlaw.com
       Michael A. Pancier, P.A.
       9000 Sheridan Street, Suite 93
       Pembroke Pines, FL 33024
       (954) 862-2217
       Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this 22nd day of July 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

       /s/ Ryan D. Barack
          Attorney