UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

MIA WILLIAMS, BRITTANY
CALVERT, DEDTRA DAVIS,
and ALISA LEGGETT
on their own behalf and on
behalf of those similarly situated,

 Plaintiffs,

vs.               Case No. 9:24-cv-80787-DMM

RETREAT BEHAVIORAL HEALTH, LLC,
a Florida Limited Liability Corporation,
NR FLORIDA ASSOCIATES, LLC,
a Florida Limited Liability Corporation,
NR PENNSYLVANIA ASSOCIATES, LLC,
A Pennsylvania Limited Liability Corporation,
JAMES YOUNG, in his capacity as
Temporary Receiver of NR Pennsylvania Associates, LLC,
NR CONNECTICUT, LLC, a Connecticut
Limited Liability Corporation,
DRPS MANAGEMENT, LLC, a Florida
Limited Liability Corporation,
COAL LAKE WORTH, LLC, a Florida
Limited Liability Company,
HFGC Florida, LLC,
a Florida Limited Liability Company,
CHRISTY GARIANO, ALEXANDER HOINSKY,
DAVID SILBERSTEIN,
ESTATE OF PETER SCHORR, and
ESTATE OF SCOTT KOROGODSKY,

 Defendants.
_____/

**NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF**

 Plaintiffs Mia Williams, Brittany Calvert, Dedtra Davis, and Alisa Leggett, on their own

behalf and on behalf of those similarly situated (collectively "Plaintiffs"), by and through their

undersigned counsel, hereby files this Notice of Entry of Parties Listed into CM/ECF.  The parties are:

1. CLW Holdings, LLC

2. Coal Capital Holdings (Florida) LLC

3. Coal Connecticut, LLC

        Respectfully submitted,

        /s/ Ryan D. Barack
        Ryan D. Barack
        Florida Bar No. 0148430
        Primary Email: rbarack@employeerights.com
        Secondary Email: jackie@employeerights.com
        Michelle Erin Nadeau
        Florida Bar No. 0060396
        Primary Email: mnadeau@employeerights.com
        Secondary Email: jackie@employeerights.com
        Kwall Barack Nadeau PLLC
        304 S. Belcher Rd., Suite C
        Clearwater, Florida 33765
        (727) 441-4947
        (727) 447-3158 Fax
        Attorneys for Plaintiffs

        -and-

        /s/ Michael A. Pancier
        Michael A. Pancier
        Fla. Bar No. 958484
        Email: mpancier@pancierlaw.com
        Michael A. Pancier, P.A.
        9000 Sheridan Street, Suite 93
        Pembroke Pines, FL 33024
        (954) 862-2217
        Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 29th day of July 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Ryan D. Barack
Attorney
