UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**MIA WILLIAMS, BRITTANY
CALVERT, DEDTRA DAVIS,
and ALISA LEGGETT**
on their own behalf and on
behalf of those similarly situated,

    Plaintiffs,

vs.    Case No. 9:24-cv-80787-DMM

**RETREAT BEHAVIORAL HEALTH, LLC,**
a Florida Limited Liability Corporation,
**NR FLORIDA ASSOCIATES, LLC,**
a Florida Limited Liability Corporation,
**NR PENNSYLVANIA ASSOCIATES, LLC,**
A Pennsylvania Limited Liability Corporation,
**JAMES YOUNG,** in his capacity as
Temporary Receiver of NR Pennsylvania Associates, LLC,
**NR CONNECTICUT, LLC,** a Connecticut
Limited Liability Corporation,
**DRPS MANAGEMENT, LLC,** a Florida
Limited Liability Corporation,
**COAL LAKE WORTH, LLC,** a Florida
Limited Liability Company,
**HFGC Florida, LLC,**
a Florida Limited Liability Company,
**CHRISTY GARIANO, ALEXANDER HOINSKY,
DAVID SILBERSTEIN,
ESTATE OF PETER SCHORR, and
ESTATE OF SCOTT KOROGODSKY,**

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF STRIKING

Plaintiffs inadvertently filed Returns of Service for Coal Capital Ephrata, LLC [Doc 15] and NR Pennsylvania Associates, LLC [Doc 20] that did not include the case caption. Plaintiffs will refile the corrected Returns of Service.

Respectfully submitted,

/s/ Ryan D. Barack
Ryan D. Barack
Florida Bar No. 0148430
Primary Email: rbarack@employeerights.com
Secondary Email: jackie@employeerights.com
Michelle Erin Nadeau
Florida Bar No. 0060396
Primary Email: mnadeau@employeerights.com
Secondary Email: jackie@employeerights.com
Kwall Barack Nadeau PLLC
304 S. Belcher Rd., Suite C
Clearwater, Florida 33765
(727) 441-4947
(727) 447-3158 Fax
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of August 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Ryan D. Barack
Attorney