UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 24-cv-80787-DMM/Matthewman

MIA WILLIAMS, BRITTANY CALVERT,
DEDTRA DAVIS, and ALISA LEGGETT,
on their own behalf and on behalf of those similarly situated,

    Plaintiffs,

v.

RETREAT BEHAVIORAL HEALTH, LLC, a Florida Limited Liability Corporation,
NR FLORIDA ASSOCIATES, LLC, a Florida Limited Liability Corporation,
NR PENNSYLVANIA ASSOCIATES, LLC, a Pennsylvania Limited Liability Corporation, JAMES YOUNG, in his capacity as Temporary Receiver of NR Pennsylvania Associates, LLC, NR CONNECTICUT, LLC, a Connecticut Limited Liability Corporation, DRPS MANAGEMENT, LLC, a Florida Limited Liability Corporation COAL LAKE WORTH, LLC, a Florida Limited Liability Company, COAL NEW HAVEN LLC, a Connecticut Limited Liability Corporation, COAL CAPITAL EPHRATA, LLC, a Pennsylvania Limited Liability Corporation, COAL CAPITAL GROUP, LLC, a New York Limited Liability Corporation, HFGC FLORIDA, LLC, a Florida Limited Liability Company, CHRISTY GARIANO, ALEXANDER HOINSKY, DAVID SILBERSTEIN, ESTATE OF PETER SCHORR, and ESTATE OF SCOTT KOROGODSKY,

    Defendants.
_____/

**PLAINTIFFS' MOTION FOR CLERK'S DEFAULTS AS TO DEFENDANTS:
(1) NR CONNECTICUT LLC, (2) COAL NEW HAVEN LLC, (3) COAL CAPITAL GROUP, LLC, (4) COAL LAKE WORTH, LLC, (5) HFGC FLORIDA, LLC, (6) NR FLORIDA ASSOCIATES, LLC, (7) RETREAT BEHAVIORAL HEALTH, LLC, (8) DAVID SILVERSTEIN, (9) COAL CAPITAL EPHRATA, LLC, (10) NR PENNSYLVANIA ASSOCIATES, LLC, (11) COAL CAPITAL HOLDINGS (FLORIDA) LLC, (12) CLW HOLDINGS LLC, AND (13) COAL CONNECTICUT, LLC**

    Plaintiffs Mia Williams, Brittany Calvert, Dedtra Davis, and Alisa Leggett, on their own behalf and on behalf of those similarly situated (collectively "Plaintiffs"), by and through their undersigned counsel, hereby file this Motion for Clerk's Defaults against the following Defendants: **(1) NR Connecticut LLC, (2) Coal New Haven LLC, (3) Coal Capital Group, LLC, (4) Coal Lake Worth, LLC, (5) HFGC Florida, LLC, (6) NR Florida Associates, LLC,**

1

**(7) Retreat Behavioral Health, LLC, (8) David Silverstein, (9) Coal Capital Ephrata, LLC, (10) NR Pennsylvania Associates, LLC, (11) Coal Capital Holdings (Florida) LLC, (12) CLW Holdings LLC**, and **(13) Coal Connecticut, LLC,** pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and in support thereof states as follows:

1. On June 27, 2024, Plaintiffs filed a Class Action Complaint and Demand for Jury Trial in this action against Defendants. (Doc. 1).

2. On July 17, 2024, Plaintiffs filed a First Amended Class Action Complaint and Demand for Jury Trial ("First Amended Complaint") against Defendants as per Rule 15, Fed.R.Civ.P. 15(a)(1).

3. Defendant, NR Connecticut LLC, was properly served with the Summons and a copy of the First Amended Complaint on July 23, 2024 as evidenced by the Proof of Service filed with this Court on July 29, 2024.  (Doc. 9). Defendant NR Connecticut LLC's response was due to be filed on or before August 13, 2024.

4. Defendant, Coal New Haven LLC, was properly served with the Summons and a copy of the First Amended Complaint on July 23, 2024 as evidenced by the Proof of Service filed with this Court on July 29, 2024.  (Doc. 10).  Defendant Coal New Haven LLC's response was due to be filed on or before August 13, 2024.

5. Defendant, Coal Capital Group, LLC, was properly served with the Summons and a copy of the First Amended Complaint on July 29, 2024 as evidenced by the Proof of Service filed with this Court on July 31, 2024.  (Doc. 16). Defendant, Coal Capital Group, LLC's response was due to be filed on or before August 19, 2024.

6. Defendant, Coal Lake Worth, LLC, was properly served with the Summons and a copy of the First Amended Complaint on July 24, 2024 as evidenced by the Proof of Service filed

with this Court on July 31, 2024. (Doc. 17). Defendant, Coal Lake Worth, LLC's response was due to be filed on or before August 14, 2024.

7. Defendant, HFGC Florida, LLC, was properly served with the Summons and a copy of the First Amended Complaint on July 24, 2024 as evidenced by the Proof of Service filed with this Court on July 31, 2024. (Doc. 18). Defendant, HFGC Florida, LLC's response was due to be filed on or before August 14, 2024.

8. Defendant, NR Florida Associates, LLC, was properly served with the Summons and a copy of the First Amended Complaint on July 29, 2024 as evidenced by the Proof of Service filed with this Court on July 31, 2024. (Doc. 19). Defendant, NR Florida Associates, LLC's response was due to be filed on or before August 19, 2024.

9. Defendant, Retreat Behavioral Health, LLC, was properly served with the Summons and a copy of the First Amended Complaint on July 29, 2024 as evidenced by the Proof of Service filed with this Court on July 31, 2024. (Doc. 21). Defendant, Retreat Behavioral Health, LLC's response was due to be filed on or before August 19, 2024.

10. Defendant, David Silverstein, was properly served with the Summons and a copy of the First Amended Complaint on July 29, 2024 as evidenced by the Proof of Service filed with this Court on July 31, 2024. (Doc. 22). Defendant, David Silverstein's response was due to be filed on or before August 19, 2024.

11. Defendant, Coal Capital Ephrata, LLC, was properly served with the Summons and a copy of the First Amended Complaint on July 29, 2024 as evidenced by the Proof of Service filed with this Court on August 1, 2024. (Doc. 25). Defendant, Coal Capital Ephrata, LLC's response was due to be filed on or before August 19, 2024.

12. Defendant, NR Pennsylvania Associates, LLC, was properly served with the Summons and a copy of the First Amended Complaint on July 29, 2024 as evidenced by the Proof

of Service filed with this Court on August 1, 2024. (Doc. 26). Defendant, NR Pennsylvania Associates, LLC's response was due to be filed on or before August 19, 2024.

13. Defendant, Coal Capital Holdings (Florida) LLC, was properly served with the Summons and a copy of the First Amended Complaint on August 1, 2024 as evidenced by the Proof of Service filed with this Court on August 7, 2024. (Doc. 28). Defendant, Coal Capital Holdings (Florida) LLC's response was due to be filed on or before August 22, 2024.

14. Defendant, CLW Holdings, LLC, was properly served with the Summons and a copy of the First Amended Complaint on August 1, 2024 as evidenced by the Proof of Service filed with this Court on August 7, 2024. (Doc. 29). Defendant, CLW Holdings, LLC's response was due to be filed on or before August 22, 2024.

15. Defendant, Coal Connecticut LLC, was properly served with the Summons and a copy of the First Amended Complaint on August 2, 2024 as evidenced by the Proof of Service filed with this Court on August 7, 2024. (Doc. 30). Defendant, Coal Connecticut LLC's response was due to be filed on or before August 23, 2024.

16. The time for the above-named Defendants to respond to the First Amended Complaint has expired, and Defendants have failed to plead or otherwise defend as required by law.

17. As of the date of this Motion, the above-named Defendants have not filed any responsive pleading or motion, nor has any extension of time been granted or requested.

18. Federal Rule of Civil Procedure 55(a) provides "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

**WHEREFORE**, Plaintiffs respectfully requests that the Clerk of the Court enter a Default against Defendants: **(1) NR Connecticut LLC, (2) Coal New Haven LLC, (3) Coal Capital**

4

**Group, LLC, (4) Coal Lake Worth, LLC, (5) HFGC Florida, LLC, (6) NR Florida Associates, LLC, (7) Retreat Behavioral Health, LLC, (8) David Silverstein, (9) Coal Capital Ephrata, LLC, (10) NR Pennsylvania Associates, LLC, (11) Coal Capital Holdings (Florida) LLC, (12) CLW Holdings LLC**, and **(13) Coal Connecticut, LLC** for failure to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Ryan D. Barack
Ryan D. Barack
Florida Bar No. 0148430
Primary Email: rbarack@employeerights.com
Secondary Email: jackie@employeerights.com
Michelle Erin Nadeau
Florida Bar No. 0060396
Primary Email: mnadeau@employeerights.com
Secondary Email: jackie@employeerights.com
Kwall Barack Nadeau PLLC
304 S. Belcher Rd., Suite C
Clearwater, Florida 33765
(727) 441-4947
(727) 447-3158 Fax
Attorneys for Plaintiffs

-and-

/s/ Michael A. Pancier
Michael A. Pancier
Fla. Bar No. 958484
Email: mpancier@pancierlaw.com
Michael A. Pancier, P.A.
9000 Sheridan Street, Suite 93
Pembroke Pines, FL 33024
(954) 862-2217
Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 26th day of August 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Ryan D. Barack
Attorney
