UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIA WILLIAMS, et al.

        PLAINTIFF(S)

CASE NUMBER
9:24−cv−80787−DMM

v.

RETREAT BEHAVIORAL HEALTH, LLC, et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

        DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**NR Connecticut, LLC**
**NR Florida Associates, LLC**
**NR Pennsylvania Associates, LLC**
**Retreat Behavioral Health, LLC**

as of course, on the date August 27, 2024.

        **Angela E. Noble**
        CLERK OF COURT

        By  _/s/ Dimas Rodriguez_
        Deputy Clerk

cc: Judge Donald M. Middlebrooks
    Mia Williams