IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CASE NO: 24-cv-80787-DMM/Matthewman

MIA WILLIAMS, BRITTANY
CALVERT, DEDTRA DAVIS,
AND ALISA LEGGETT,

       Plaintiff,

v.

RETREAT BEHAVIORAL
HEALTH, LLC, ET AL,

       Defendant.
_____/

**DEFENDANTS' UNOPPOSED MOTION TO DEEM REPLY TO BE
TIMELY FILED REGARDING DOCKET ENTRY 49**

       The Defendants, COAL LAKE WORTH, LLC, COAL NEW HAVEN, LLC, COAL CAPITAL EPHRATA, LLC, COAL CAPITAL GROUP, LLC, CLW HOLDINGS, LLC, COAL CAPITAL HOLDINGS (FLORIDA), LLC, COAL CONNECTICUT, LLC, HFGC FLORIDA, LLC, AND DAVID SILBERSTEIN, by and through their undersigned attorneys, hereby move this court to deem their Reply to be Timely Filed regarding Docket Entry 49, and in support thereof state as follows:

       1.     The Plaintiff filed its Response to Coal Defendants and Mr. Silberstein's Motion to Dismiss First Amended Complaint on September 10, 2024 [DE 49].

       2.     Due to a clerical error on the part of the Defendants, the date to file the reply was not calendared and our office missed this deadline to file our Reply to Plaintiff's Response to

Motion to Dismiss. The Deadline to file the Reply to Plaintiff's Response was due on or before September 17, 2024.

3. The Defendants' Reply to Plaintiff's Response to Motion to Dismiss First Amended Complaint was filed on September 20, 2024.

WHEREFORE, the Defendants, COAL LAKE WORTH, LLC, COAL NEW HAVEN, LLC, COAL CAPITAL EPHRATA, LLC, COAL CAPITAL GROUP, LLC, CLW HOLDINGS, LLC, COAL CAPITAL HOLDINGS (FLORIDA), LLC, COAL CONNECTICUT, LLC, HFGC FLORIDA, LLC, AND DAVID SILBERSTEIN, request that this Court grant this Unopposed Motion to Deem the Defendants' Reply to be Timely filed regarding Docket Entry 49, and for any other relief this Court may deem just and proper.

### Certificate of Conferral Pursuant to Local Rule 7.1(a)(3)

The movant as conferred with Plaintiff's Counsel and Plaintiff's Counsel has no objection to this motion. Opposing counsel is agreeable to the relief sought in the motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 24th day of September 2024, with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all Parties listed on the Service List.

  /s/ Peter Ticktin_____
Peter Ticktin, Esquire
Florida Bar No. 887935
Serv512@LegalBrains.com
Roosevelt Presume, Esquire
Florida Bar No.
Serv522@LegalBrains.com
**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: () 570-6757

## SERVICE LIST

**Ryan D. Barack**
Primary Email: rbarack@employeerights.com
Secondary Email: jackie@employeerights.com
**Michelle Erin Nadeau**
Primary Email: mnadeau@employeerights.com
Secondary Email: jackie@employeerights.com
**Kwal1 Barack Nadeau PLLC**
304 S. Belcher Rd., Suite C
Clearwater, Florida 33765
(727) 441-4947
(727) 447-3158 Fax
Attorneys for Plaintiffs

**Michael A. Pancier**
Fla. Bar No. 958484
Email: mpancier@Pancierlaw.com
**Michael A. Pancier, P.A.**
9000 Sheridan Street, Suite 93
Pembroke Pines, FL 33024
Attorney for Plaintiffs