# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 24-cv-80787-DMM/Matthewman

**MIA WILLIAMS, ET AL.,**

    *Plaintiffs,*

v.

**RETREAT BEHAVIORAL HEALTH, LLC, ET AL.,**

    *Defendants.*

_____/

### DECLARATION OF MIA WILLIAMS

I, Mia Williams, declare under penalty of perjury as follows:

1. Unless otherwise indicated, the facts set forth below are based on my personal knowledge and the opinions set forth herein are my own. I understand that this declaration is being given under oath and may be filed in the above captioned action.

2. I worked for Defendants as a Primary Therapist in Florida at Defendant's Fort Worth, FL location from approximately August 2023 to June 21, 2024.

3. On or about June 21, 2024, I was terminated without notice.

4. Most of the other employees of Defendants were also terminated.

5. I, along with the majority of the other employees, was terminated as part of a mass layoff or plant shutdown by Defendants but I received no advance written notice, much less any information whatsoever regarding my rights under the WARN Act.

6. I and the other class members was/were discharged without cause on or around June 21, 2024.

7. To date, I have not received any WARN notice.

1

8. I lost my salary and benefits.

9. I also have wages that were not paid.

10. I wish to recover from Defendants everything to which I and my former coworkers are entitled to under the law in terms of compensation and any other relief deemed appropriate by the Court.

11. My claims are typical of the claims of the other employees in that I worked for Defendants, was terminated without advanced notice, and suffered the same type of injury as the rest of the class.

12. I will consider the interests of the class just as I would consider my own interest.

13. I will participate actively in this lawsuit, such as by testifying at deposition or trial, providing documents, answering written interrogatories, attending mediations and by keeping generally aware of the status and progress of the lawsuit.

14. I recognize and accept that any resolution of a class action lawsuit, such as by settlement or dismissal, is subject to court approval, and must be designed in the best interests of the class as a whole.

15. I believe that a class action lawsuit will save time, money and effort and thus will benefit all parties and the Court.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 11/22/24 _____

_____
Mia Williams (Nov 22, 2024 15:46 EST)
Mia Williams

2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 24-cv-80787-DMM/Matthewman

MIA WILLIAMS, ET AL.,

    *Plaintiffs*,

v.

RETREAT BEHAVIORAL
HEALTH, LLC, ET AL.,

    *Defendants*.
_____/

## DECLARATION OF BRITTANY CALVERT

I, Brittany Calvert, declare under penalty of perjury as follows:

1. Unless otherwise indicated, the facts set forth below are based on my personal knowledge and the opinions set forth herein are my own. I understand that this declaration is being given under oath and may be filed in the above captioned action.

2. I worked for Defendants as a Senior Admissions Coordinator in Florida and reported to Defendant's Fort Worth, FL location from approximately September 2019 to June 21, 2024.

3. On or about June 21, 2024, I was terminated without notice.

4. Most of the other employees of Defendants were also terminated.

5. I, along with the majority of the other employees, was terminated as part of a mass layoff or plant shutdown by Defendants but I received no advance written notice, much less any information whatsoever regarding my rights under the WARN Act.

6. I and the other class members was/were discharged without cause on or around June 21, 2024.

1

7. To date, I have not received any WARN notice.

8. I lost my salary and benefits.

9. I also have wages that were not paid.

10. I wish to recover from Defendants everything to which I and my former coworkers are entitled to under the law in terms of compensation and any other relief deemed appropriate by the Court.

11. My claims are typical of the claims of the other employees in that I worked for Defendants, was terminated without advanced notice, and suffered the same type of injury as the rest of the class.

12. I will consider the interests of the class just as I would consider my own interest.

13. I will participate actively in this lawsuit, such as by testifying at deposition or trial, providing documents, answering written interrogatories, attending mediations and by keeping generally aware of the status and progress of the lawsuit.

14. I recognize and accept that any resolution of a class action lawsuit, such as by settlement or dismissal, is subject to court approval, and must be designed in the best interests of the class as a whole.

15. I believe that a class action lawsuit will save time, money and effort and thus will benefit all parties and the Court.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated 11/22/24 _____

_____
Brittany Calvert (Nov 22, 2024 12:00 EST)
Brittany Calvert

2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 24-cv-80787-DMM/Matthewman

MIA WILLIAMS, ET AL.,

    *Plaintiffs,*

v.

RETREAT BEHAVIORAL
HEALTH, LLC, ET AL.,

    *Defendants.*
_____/

## DECLARATION OF ALISA LEGGETT

I, Alisa Leggett, declare under penalty of perjury as follows:

1. Unless otherwise indicated, the facts set forth below are based on my personal knowledge and the opinions set forth herein are my own. I understand that this declaration is being given under oath and may be filed in the above captioned action.

2. I worked for Defendants as 3rd shift team lead in Connecticut at New Haven, CT location from approximately February 2001 to June 21, 2024.

3. On or about June 21, 2024, I was terminated without notice.

4. Most of the other employees of Defendants were also terminated.

5. I, along with the majority of the other employees, was terminated as part of a mass layoff or plant shutdown by Defendants but I received no advance written notice, much less any information whatsoever regarding my rights under the WARN Act.

6. I and the other class members was/were discharged without cause on or around June 21, 2024.

7. To date, I have not received any WARN notice.

1

8. I lost my salary and benefits.

9. I also have wages that were not paid, including unpaid overtime wages.

10. I wish to recover from Defendants everything to which I and my former coworkers are entitled to under the law in terms of compensation and any other relief deemed appropriate by the Court.

11. My claims are typical of the claims of the other employees in that I worked for Defendants, was terminated without advanced notice, and suffered the same type of injury as the rest of the class.

12. I will consider the interests of the class just as I would consider my own interest.

13. I will participate actively in this lawsuit, such as by testifying at deposition or trial, providing documents, answering written interrogatories, attending mediations and by keeping generally aware of the status and progress of the lawsuit.

14. I recognize and accept that any resolution of a class action lawsuit, such as by settlement or dismissal, is subject to court approval, and must be designed in the best interests of the class as a whole.

15. I believe that a class action lawsuit will save time, money and effort and thus will benefit all parties and the Court.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated 11/22/24                    .

_____
Alissa Leggett (Nov 22, 2024 12:11 EST)
Alisa Leggett

2