UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-80787-MIDDLEBROOKS/Matthewman

MIA WILLIAMS, et al.,

    Plaintiffs,

v.

RETREAT BEHAVIORAL HEALTH, LLC, et al.,

    Defendants.

_____/

## ORDER DENYING VARIOUS MOTIONS AS MOOT

THIS CAUSE comes before me after entry of my Omnibus Order granting Defendants' Motions to Dismiss (DE 72), entered January 9, 2025. My Order grants Plaintiffs leave to file a Second Amended Complaint on or by January 21, 2025. Having dismissed the Amended Complaint, the following Motions are now moot and are hereby denied: Plaintiffs' Motion for Default Judgment (DE 52), Plaintiffs' Consent Motion to Extend the Time to Serve the Complaint upon Various Estates (DE 56), Plaintiffs' Motion to Certify Class (DE 70), and Plaintiffs' Motion for Certification of a Collective Action (DE 71).

**SIGNED** in Chambers in West Palm Beach, Florida, this 9 day of January, 2025.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

CC: Counsel of Record