UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-80787-MIDDLEBROOKS/Matthewman

MIA WILLIAMS, et al.,

    Plaintiffs,

v.

RETREAT BEHAVIORAL HEALTH, LLC, et al.,

    Defendants.
_____/

## ORDER REFERRING DISCOVERY MOTIONS

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, all discovery motions in this matter are hereby referred to United States Magistrate Judge William Matthewman for resolution.

**SIGNED** in Chambers at West Palm Beach, Florida, this 6th day of February 2025.

                              Donald M. Middlebrooks
                              United States District Judge

Copies to:

Judge Matthewman
Counsel of Record