UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-cv-80787-DMM

MIA WILLIAMS, ET AL.,

    Plaintiffs,

v.

RETREAT BEHAVIORAL HEALTH, LLC, ET AL.,

    Defendants.

                                      /

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL**

Defendants, NR Florida Associates, LLC ("NRFL"), NR Pennsylvania Associates LLC ("NRPA"), Coal Lake Worth, LLC ("Coal Lake Worth"), HFGC Florida, LLC ("HFGC"), and James Young, in his capacity as Temporary Receiver of NR Pennsylvania Associates, LLC ("Young"), (referred to collectively as "Movants"), by and through undersigned counsel, hereby files this Response to Plaintiffs' Motion to Compel.

Defendants turned over all documents responsive to Plaintiffs' Discovery requests on February 4, 2025 and do not oppose Plaintiffs' Motion to Compel.

Dated: February 7, 2025

Respectfully submitted,

/s/ *Christopher Cascino*
**Christopher M. Cascino, Esq.**
FBN 1022861
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, Florida 33602
T: 813.289.1247 F: 813.289.6530
chris.cascino@ogletree.com

**Maja Veselinovic, Esq.**
FBN: 1029097
Maja.veselinovic@ogletree.com
9130 S. Dadeland Blvd., Suite 1625
Miami, FL 33156
T: 305.374.0506; F: 305.374.0456

-and-

**Robert C. Perryman** (*pro hac vice*)
robert.perryman@ogletree.com
1735 Market Street, Suite 3000
Philadelphia, PA 19103
T: 215.995.2821; F: 215.995.2801

*Attorneys for Defendants NR Florida Associates, LLC, NR Pennsylvania Associates, LLC, Coal Lake Worth, LLC, HFGC Florida, LLC and, and James Young*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a notice of filing to all counsel of record.

*/s/ Chris Cascino*
Chris Cascino