UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-80787-MIDDLEBROOKS/Matthewman

MIA WILLIAMS, et al.,

    Plaintiffs,

v.

RETREAT BEHAVIORAL HEALTH, LLC, et al.,

    Defendants.

_____/

## ORDER TERMINATING DEFENDANT KOROGODSKY FOR FAILURE TO TIMELY SERVE PURSUANT TO RULE 4(M)

THIS CAUSE comes before me pursuant to Plaintiffs' Status Report on Service (DE 91), filed February 18, 2025. Plaintiffs indicate that they have been unable to locate an estate for the remaining unserved Defendant Scott Korogodsky and believe that no estate has been opened. (DE 91 at 2). Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff has ninety days from the filing of the complaint to serve a defendant. Fed. R. Civ. P. 4(m). Plaintiffs filed suit on June 27, 2024. (DE 1). They moved for an extension of time to serve Defendant Korogodsky on September 25, 2024 (DE 56) which was denied as moot when I granted the various defendants' Motions to Dismiss on January 10, 2025. (DE 72). Therefore, the deadline to serve Defendant expired on September 27, 2024. (DE 1; DE 7 at 2). Importantly, in their most recent Status Report, Plaintiffs write that "service does not appear to be feasible at this time" on Defendant Korogodsky and that they "do not intend to renew their motion to extend the time for service." (*Id.*).

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. All claims against Defendant Korogodsky are **DISMISSED WITHOUT PREJUDICE** based upon Plaintiff's failure to timely effectuate service of process under Fed. R. Civ. P. 4(m).

2. Defendant Scott Korogodsky shall be **TERMINATED** as a defendant.

3. This Order shall not affect any other Defendant in this matter.

**SIGNED**, in Chambers, at West Palm Beach, Florida, this 21 day of February, 2025.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record