UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-cv-80787-DMM

MIA WILLIAMS, et al.,

    Plaintiffs,

v.

RETREAT BEHAVIORAL HEALTH, LLC, et al.,

    Defendants.

_____/

## DEFENDANTS' JOINT STATUS REPORT

Pursuant to the Court's Order Denying Various Motions and Requiring a Joint Status Report From Counsel (See DE 115), undersigned counsel, hereby states as follows:

1.    Patrick Martin, Esq., Maja Veselinovic, Esq., and Robert Perryman, Esq. (pro hac vice), of Ogletree, Deakins, Nash, Smoak, & Stewart, P.C., represent Defendants NR Florida Associates, LLC, NR Pennsylvania Associates LLC, Coal Lake Worth, LLC, HFGC Florida, LLC, and James Young, in his capacity as Temporary Receiver of NR Pennsylvania Associates, LLC.

2.    Peter Ticktin, Esq., and Ryan Fojo, Esq., of The Ticktin Law Group, represent Defendants Alexander Hoinsky, Chrissy Gariano, CLW Holdings, LLC, Coal Capital Ephrata, LLC, Coal Capital Group, LLC, Coal Capital Holdings (Florida), LLC, Coal Connecticut, LLC, and David Silverstein.

3.    The Ticktin Law Firm's entry of appearance on behalf of Coal Lake Worth, LLC and HFGC Florida, LLC was an error. Ogletree, Deakins, Nash, Smoak, & Stewart, P.C., is the sole representative of the entities in this matter.

4. The Ticktin Law Firm hereby withdraws its notice of appearance as it relates to Coal Lake Worth, LLC and HFGC Florida, LLC and any motions filed on the entities' behalf.

Dated: March 6, 2025

Respectfully submitted,

*/s/ Maja Veselinovic*
**Patrick F. Martin, Esq.**; FBN: 998729
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
pfmartin@ogletree.com
**Maja Veselinovic, Esq.**; FBN: 1029097
Maja.veselinovic@ogletree.com
9130 S. Dadeland Blvd., Suite 1625
Miami, FL 33156
T: 305.374.0506; F: 305.374.0456
**Robert C. Perryman, Esq.,** (pro hac vice)
robert.perryman@ogletree.com
1735 Market Street, Suite 3000
Philadelphia, PA 19103
T: 215.995.2821; F: 215.995.2801

*Attorneys for Defendants NR Florida Associates, LLC, NR Pennsylvania Associates, LLC, Coal Lake Worth, LLC, HFGC Florida, LLC, and James Young*

-and-

*/s/ Peter Ticktin*
Peter David Ticktin, Esq.
Ryan Scott Fojo, Esq.
600 W Hillsboro Boulevard
Suite 220
Deerfield Beach, FL 33441-1610
954-570-6757
954-570-6760 (fax)
pt@legalbrains.com

*Attorneys for Defendants Alexander Hoinsky, Chrissy Gariano, CLW Holdings, LLC, Coal Capital Ephrata, LLC, Coal Capital Group, LLC, Coal Capital Holdings (Florida), LLC, Coal Connecticut, LLC, and David Silverstein*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a notice of filing to all counsel of record.

*/s/ Maja Veselinovic*
Maja Veselinovic