**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

CASE NO: 24-cv-80787-Matthewman
THIS IS A CONSENT CASE

**MIA WILLIAMS, ET AL.,**

 *Plaintiffs,*
v.

**RETREAT BEHAVIORAL
HEALTH, LLC, ET AL.,**

 *Defendants.*
_____/

## **PLAINTIFFS' REPLY REGARDING OUTSTANDING DISCOVERY**

 Plaintiffs Mia Williams, Brittany Calvert, Dedtra Davis, and Alisa Leggett (collectively "Plaintiffs"), by and through their undersigned counsel, hereby reply to the Response in Opposition to Plaintiff's Motion for Order to Show Cause (Doc. 139) ("Response") filed by Defendants Coal Connecticut, LLC, Coal Capital Holdings (Florida), LLC, Coal Capital Group, LLC, Coal Capital Ephrata, LLC, CLW Holdings, LLC, and David Silberstein.

 1. Counsel had a Zoom meeting on March 20, 2025 and during that meeting counsel for Coal Connecticut, LLC, Coal Capital Holdings (Florida), LLC, Coal Capital Group, LLC, Coal Capital Ephrata, LLC, CLW Holdings, LLC, and David Silberstein ("Defendants") stated that they were working on getting responses from their clients to the outstanding discovery. During that call, Defendants' counsel did not discuss the internal firm docketing issues detailed in the Response.

 2. The issues detailed in the Response in Opposition to Plaintiff's Motion for Order to Show Cause do not address Defendants' previous failures to respond.

3.	As of the filing of this document, Plaintiffs have not received any responses from Defendants to the outstanding discovery and so that matter still requires action by the Court. The appropriate sanction is to be determined by the Court.

    Respectfully submitted,

/s/ Ryan D. Barack
Ryan D. Barack
Florida Bar No. 0148430
Primary Email: rbarack@employeerights.com
Secondary Email: jackie@employeerights.com
Michelle Erin Nadeau
Florida Bar No. 0060396
Primary Email: mnadeau@employeerights.com
Secondary Email: jackie@employeerights.com
Kwall Barack Nadeau PLLC
304 S. Belcher Rd., Suite C
Clearwater, Florida 33765
(727) 441-4947
(727) 447-3158 Fax
Attorneys for Plaintiffs

-and-

/s/ Michael A. Pancier
Michael A. Pancier
Fla. Bar No. 958484
Email: mpancier@pancierlaw.com
Michael A. Pancier, P.A.
9000 Sheridan Street, Suite 93
Pembroke Pines, FL 33024
(954) 862-2217
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 24th day of March 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system who will provide service upon all registered parties.

/s/ Ryan D. Barack
    Attorney