UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIA WILLIAMS, et al.

CASE NUMBER
9:24−cv−80787−WM

PLAINTIFF(S)

v.

RETREAT BEHAVIORAL HEALTH, LLC, et al.,

DEFAULT BY CLERK F.R.Civ.P.55(a)

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**NR Connecticut LLC**
**Retreat Behavioral Health, LLC**
**DRPS Management LLC**

as of course, on the date April 9, 2025.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Dimas Rodriguez*
Deputy Clerk

cc:  Magistrate Judge William Matthewman
     Mia Williams

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)