UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-80787-MATTHEWMAN

MIA WILLIAMS, et al.,

    Plaintiffs,

v.

RETREAT BEHAVIORAL HEALTH, LLC, et al.,

    Defendants.

_____/

### ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW DEDTRA DAVIS AS A NAMED PLAINTIFF AND DEEM HER AN ABSENT CLASS MEMBER [DE 164]

THIS CAUSE is before the Court upon Plaintiffs' Motion to Withdraw Dedtra Davis as a Named Plaintiff and to Deem Her an Absent Class Member ("Motion") [DE 164]. The Motion is unopposed. The Court, having reviewed the Motion, the record, and being otherwise fully advised in the premises, hereby finds as follows.

Ms. Davis is not in a position to serve as a named plaintiff or class representative in this matter. Because the class has not yet been certified, Court approval is not required under Federal Rule of Civil Procedure 23(e). *See Eckert v. Equitable Life Assurance Soc' y of U.S.*, 227 F.R.D. 60, 62 (E.D.N.Y. 2005). Even if approval were required, the Court finds that request is made in good faith, and the withdrawal will not result in prejudice to Defendants or disrupt the progress of this litigation.

Therefore, it is hereby **ORDERED** as follows:

1. The Motion [DE 164] is **GRANTED**.
2. Plaintiff Dedtra Davis is hereby withdrawn as a named plaintiff and proposed class representative.

3. Ms. Davis shall remain a member of the putative class and shall be deemed an absent class member for all purposes if the Court certifies the class.

4. Ms. Davis shall remain eligible to participate in any judgment or settlement resulting from this litigation on the same basis as similarly situated class members if the Court certifies the class.

5. Ms. Davis shall not be required to participate in discovery absent further order of the Court.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 28th day of April 2025.

_____
WILLIAM MATTHEWMAN
United States Magistrate Judge