UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-80787-Matthewman
THIS IS A CONSENT CASE

MIA WILLIAMS, et al.,

    Plaintiff(s),

v.

RETREAT BEHAVIORAL HEALTH, LLC, et al.,

    Defendants.
_____/

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's Order Denying Motion to Stay Proceedings [DE 144], Defendants, NR Florida Associates, LLC ("NR Florida"), NR Pennsylvania Associates LLC ("NR Pennsylvania"), Coal Lake Worth, LLC ("Coal Lake Worth"), HFGC Florida, LLC ("HFGC"), and James Young, in his capacity as Receiver of NR Pennsylvania Associates, LLC ("Young"), (referred to collectively as "Young Defendants"), by and through undersigned counsel, hereby report as follows:

On March 27, 2025, this Court denied the Young Defendants' Motion to Stay Proceedings [DE 121]. In its Order, the Court ordered the Young Defendants to file a status report updating the Court after the asset sale because "many of the Young Defendants may not have any assets left after the April 2025 sale." [DE 144]. However, undersigned counsel was incorrect regarding the timing of the asset sale. An auction was conducted on April 10, 2025 and a Purchase and Sale Agreement was entered into on that date. See Report of Sale dated April 11, 2025. A sale hearing to consider whether to approve the sale will be held on May 7, 2025. See Amended Order (1) Scheduling a Hearing on Sale of Property, (2) Approving Bid Procedures, (3) Approving the Form

and Manner of Notice, and (4) Authorizing Receiver to Enter into Purchase and Sale Agreement and Grant Buyer Protections attached as Exhibit No. 2.  It is anticipated that the closing of the sale will occur within 30-days of the order approving the sale of the property.

Dated: May 5, 2025

Respectfully submitted,

/s/ Patrick F. Martin
**Patrick F. Martin, Esq.**; FBN: 998729
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
pfmartin@ogletree.com
9130 S. Dadeland Blvd., Suite 1625
Miami, FL 33156
T: 305.374.0506; F: 305.374.0456
-and-
**Robert C. Perryman, Esq.,** (pro hac vice)
robert.perryman@ogletree.com
1735 Market Street, Suite 3000
Philadelphia, PA 19103
T: 215.995.2821; F: 215.995.2801

*Attorneys for Defendants NR Florida Associates, LLC, NR Pennsylvania Associates, LLC, Coal Lake Worth, LLC, HFGC Florida, LLC and, and James Young*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 5, 2025, I electronically filed the foregoing with the Clerk of the Court via CM/ECF which will send a notice of filing to all counsel of record.

/s/ Patrick F. Martin
Patrick F. Martin

## SERVICE LIST

*Williams et al v. Retreat Behavioral Health, LLC et al*
*Case No. 9:24-cv-80787-DMM*
*United States District Court, Southern District of Florida*

Michael Anthony Pancier
Michael A. Pancier, P.A.
9000 Sheridan Street, Suite 93
Pembroke Pines, FL 33024
Email: mpancier@pancierlaw.com

Ryan David Barack
Kwall Barack Nadeau PLLC
304 S Belcher Road, Suite C
Clearwater, FL 33765
Email: rbarack@employeerights.com

Michelle Erin Nadeau
Kwall Barack Nadeau PLLC
304 S. Belcher, Suite C
Clearwater, FL 33765
Email: mnadeau@employeerights.com

Maja Veselinovic
Ogletree Deakins Nash Smoak & Stewart
Labor & Employment
9130 S. Dadeland Boulevard, Suite 1625
Miami, FL 33156
Email: maja.veselinovic@ogletreedeakins.com
Patrick F. Martin
Deakins, Nash, Smoak & Stewart, P.C.
9130 S Dadeland Boulevard, Ste 1625
Miami, FL 33156
Email: pfmartin@ogletree.com

Robert C. Perryman
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
BNY Mellon Center Suite 3000
1735 Market Street
Philadelphia, PA 19103
Email: robert.perryman@ogletreedeakins.com

Peter David Ticktin
Ticktin Law Group PA
600 W Hillsboro Boulevard
Suite 220
Deerfield Beach, FL 33441-1610
Email: pt@legalbrains.com

Ryan Fojo
Ticktin Law Group PA
600 W Hillsboro Boulevard
Suite 220
Deerfield Beach, FL 33441-1610
Email: RFojo@LegalBrains.com

Robyn Sue Hankins
Robyn S. Hankins, PL
1217 Merlot Drive
Palm Beach Gardens, FL 33410
561-721-3890
Email: robyn@hankins-law.com

NR Connecticut, LLC
3543 Main Street, 2nd Floor
Bridgeport, CT 06606
PRO SE