# **EXHIBIT 1**

Filing # 220816068 E-Filed 04/11/2025 10:27:57 AM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO: 50-2024-CA-003882-XXXA-MB

LAPIS MUNICIPAL OPPORTUNITIES FUND III, L.P.,

 Plaintiff,

vs.

COAL LAKE WORTH LLC, HFGC FLORIDA LLC, COAL CAPITAL HOLDINGS (FLORIDA) LLC, COAL CAPITAL GROUP LLP and ANY UNKNOWN TENANTS 1 - 4,

 Defendants.

_____/

## REPORT OF SALE

PLEASE TAKE NOTICE that on April 10, 2025 the Receiver conducted an Auction for the sale of the Property, consistent with the Bid Procedures authorized pursuant to that *certain Order (1) Scheduling a Hearing on Sale of Property, (2) Approving Bid Procedures, (3) Approving the Form and Manner of Notice, and (4) Authorizing Receiver to Enter into Purchase and Sale Agreement and Grant Buyer Protections*, dated March 17, 2025 (the "Sale Procedures Order"[1]).

PLEASE TAKE FURTHER NOTICE that the Successful Bidder and Receiver entered into that certain First Amendment to Purchase and Sale Agreement, dated April 10, 2025 (the "PSA Amendment"). Based on the terms and conditions of the Purchase and Sale Agreement, as amended by the PSA Amendment, the Receiver selected such bid submitted by Blue Cane

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning set forth in the Sale Procedures Order.

Page 1 of 2

Properties, LLC as the Successful Bid and thus, the Receiver deemed Blue Cane Properties, LLC as the Successful Bidder. A true and accurate copy of the First Amendment to Purchase and Sale Agreement is attached hereto as **Exhibit A**. No other Qualified Bid (other than the Stalking Horse bid, as modified by the Amendment) was received by the Receiver and thus, no Backup Bid was submitted.

PLEASE TAKE FURTHER NOTICE that no objections to the Sale were filed prior to the objection deadline on April 7, 2025 as set by this Court in the Sale Procedures Order. Plaintiff and Receiver intend to present the Successful Bid to the Court for approval at the Sale Hearing scheduled for May 7, 2025 at 4:00 p.m.

Dated: April 11, 2025

**SHUTTS & BOWEN LLP**

By: /s/ Scott H. Silver
Scott H. Silver (Fla. Bar No. 0042297)
200 South Biscayne Blvd., Suite 4100
Miami, FL 33131
Tel: (305) 415-9086
Email: ssilver@shutts.com

**FOLEY & LARDNER LLP**
Adrienne K. Walker (admitted *pro hac vice*)
111 Huntington Avenue, Suite 2500
Boston, MA 02199
Tel: 617-502-3355
Email: awalker@foley.com
*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2025 a true and correct copy of the foregoing has been furnished to all parties via the Florida E-Filing Portal.

By: /s/ Scott H. Silver
Scott H. Silver, Esq.