UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION
Case No. 24-cv-80787- Matthewman

**MIA WILLIAMS, BRITTANY CALVERT,
DEDTRA DAVIS, and ALISA LEGGETT**,
on their own behalf and on behalf of those similarly situated,

**Plaintiffs**,

v.

**RETREAT BEHAVIORAL HEALTH, LLC,**
a Florida Limited Liability Corporation, NR
**FLORIDA ASSOCIATES, LLC,**
a Florida Limited Liability Corporation,
**NR PENNSYLVANIA ASSOCIATES, LLC,**
a Pennsylvania Limited Liability Corporation,
**JAMES YOUNG, in his capacity as**
Receiver of NR Pennsylvania Associates, LLC,
**NR CONNECTICUT, LLC,** a Connecticut
Limited Liability Corporation,
**DRPS MANAGEMENT, LLC,** a Florida
Limited Liability Corporation
**COAL LAKE WORTH, LLC,** a Florida
Limited Liability Company,
**COAL CAPITAL HOLDINGS (FLORIDA), LLC,**
a Florida Limited Liability Corporation, **COAL
CONNECTICUT, LLC,**
a Connecticut Limited Liability Corporation
**COAL NEW HAVEN LLC,** a Connecticut
Limited Liability Corporation,
**COAL CAPITAL EPHRATA, LLC,**
a Pennsylvania Limited Liability Corporation,
**COAL CAPITAL GROUP, LLC,**
a New York Limited Liability Corporation,
**CLW HOLDINGS, LLC,**
a Florida Limited Liability Company, **HFGC
FLORIDA, LLC,**
a Florida Limited Liability Company,
**CHRISSY GARIANO, ALEXANDER HOINSKY, DAVID
SILBERSTEIN, ESTATE OF PETER SCHORR, and
ESTATE OF SCOTT KOROGODSKY,**

    **Defendants.**                                /

**ESTATE OF PETER SCHORR'S ANSWER A AND AFFIRMATIVE DEFENSES**

Defendant, the Estate of Peter Schorr, hereby serves its answer and affirmative defenses to Plaintiffs' Second Amended Complaint, as follows:

1. Admitted that Plaintiffs seek such relief, but denied that they are so entitled.

2. Denied that Plaintiffs are appropriate representatives with respect to the FLSA and the state law wage claims.

3. The Estate of Peter Schorr is not sued on the WARN claims, and thus no response to this paragraph is necessary.

4. Admitted.

5. Admitted.

6. Without knowledge and therefore denied.

7. Without knowledge and therefore denied.

8. Without knowledge and therefore denied.

9. Without knowledge and therefore denied.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. Admitted.

21. Admitted.

22. Admitted.

23. Admitted.

24. Admitted.

25. Admitted.

26. Admitted.

27. Admitted.

28. Without knowledge and therefore denied.

29. Without knowledge and therefore denied.

30. Without knowledge and therefore denied.

31. Admitted.

32. Admitted.

33. Admitted.

34. Admitted.

35. Admitted.

36. Admitted.

37. Admitted.

38. Without knowledge and therefore denied.

39. Admitted.

40. Admitted.

41. Admitted.

42. Admitted.

43. Without knowledge and therefore denied.

44. Admitted.

45. Admitted.

46. Admitted.

47. Admitted.

48. Admitted.

49. Admitted.

50. Admitted.

51. Admitted.

52. Admitted.

53. Admitted.

54. Admitted.

55. Admitted.

56. Admitted.

57. Without knowledge and therefore denied.

58. Admitted.

59. Without knowledge and therefore denied.

60. Without knowledge and therefore denied.

61. Without knowledge and therefore denied.

62. Without knowledge and therefore denied.

63. Without knowledge and therefore denied.

64. Without knowledge and therefore denied.

65. Without knowledge and therefore denied.

66. Without knowledge and therefore denied.

67. Without knowledge and therefore denied.

68. Without knowledge and therefore denied.

69. Without knowledge and therefore denied.

70. Without knowledge and therefore denied.

71. Without knowledge and therefore denied.

72. Without knowledge and therefore denied.

73. Without knowledge and therefore denied.

74. Without knowledge and therefore denied.

75. Without knowledge and therefore denied.

76. Without knowledge and therefore denied.

77. Without knowledge and therefore denied.

78. Without knowledge and therefore denied.

79. Without knowledge and therefore denied.

80. Without knowledge and therefore denied.

81. Admitted.

82. Without knowledge and therefore denied.

83. Admitted.

84. Admitted.

85. Admitted.

86. Admitted.

87. Admitted.

88. Admitted.

89. Admitted.

90. Admitted.

91. Admitted.

92. Without knowledge and therefore denied.

93. Without knowledge and therefore denied.

94. Without knowledge and therefore denied.

95. Without knowledge and therefore denied.

96. Without knowledge and therefore denied.

97. Without knowledge and therefore denied.

98. Without knowledge and therefore denied.

99. Without knowledge and therefore denied.

100. Admitted.

101. Without knowledge and therefore denied.

102. Without knowledge and therefore denied.

103. Without knowledge and therefore denied.

104. Without knowledge and therefore denied.

105. Without knowledge and therefore denied.

106. Admitted.

107. Admitted.

108. Without knowledge and therefore denied.

109. Without knowledge and therefore denied.

110. Without knowledge and therefore denied.

111. Without knowledge and therefore denied.

112. Without knowledge and therefore denied.

113. Without knowledge and therefore denied.

114. Without knowledge and therefore denied.

115. Without knowledge and therefore denied.

116. Without knowledge and therefore denied.

117. Without knowledge and therefore denied.

118. Without knowledge and therefore denied.

119. Without knowledge and therefore denied.

120. Without knowledge and therefore denied.

121. Without knowledge and therefore denied.

122. Admitted.

123. Without knowledge and therefore denied.

124. Without knowledge and therefore denied.

125. Without knowledge and therefore denied.

126. Without knowledge and therefore denied.

127. Without knowledge and therefore denied.

128. Without knowledge and therefore denied.

129. Without knowledge and therefore denied.

130. Without knowledge and therefore denied.

131. Without knowledge and therefore denied.

132. Without knowledge and therefore denied.

133. Without knowledge and therefore denied.

134. Without knowledge and therefore denied.

135. Without knowledge and therefore denied.

136. Without knowledge and therefore denied.

137. Without knowledge and therefore denied.

138. Without knowledge and therefore denied.

139. Without knowledge and therefore denied.

140. Without knowledge and therefore denied.

141. Without knowledge and therefore denied.

142. Without knowledge and therefore denied.

143. Without knowledge and therefore denied.

144. Without knowledge and therefore denied.

145. Without knowledge and therefore denied.

146. Without knowledge and therefore denied.

147. Without knowledge and therefore denied.

148. Without knowledge and therefore denied.

149. Without knowledge and therefore denied.

150. Without knowledge and therefore denied.

151. Without knowledge and therefore denied.

152. Without knowledge and therefore denied.

153. Without knowledge and therefore denied.

154. Without knowledge and therefore denied.

155. Without knowledge and therefore denied.

156. Without knowledge and therefore denied.

157. Without knowledge and therefore denied.

158. Without knowledge and therefore denied.

159. Without knowledge and therefore denied.

160. Without knowledge and therefore denied.

161. Without knowledge and therefore denied.

162. Without knowledge and therefore denied.

163. Without knowledge and therefore denied.

164. Without knowledge and therefore denied.

165. Without knowledge and therefore denied.

166. Without knowledge and therefore denied.

167. Without knowledge and therefore denied.

168. Without knowledge and therefore denied.

169. Admitted.

170. The Estate of Peter Schorr incorporates its above responses.

171. Admitted.

172. Admitted.

173. Admitted.

174. Admitted.

175. Denied.

176. Without knowledge and therefore denied.

177. Without knowledge and therefore denied.

178. Without knowledge and therefore denied.

179. Without knowledge and therefore denied.

180. Denied.

181. Without knowledge and therefore denied.

182. The Estate of Peter Schorr incorporates its responses to the cited paragraphs.

183. The Constitution speaks for itself and no response is required.

184. Without knowledge and therefore denied.

185. Without knowledge and therefore denied.

186. Without knowledge and therefore denied.

187. Without knowledge and therefore denied.

188. Denied.

189. Without knowledge and therefore denied.

190. Without knowledge and therefore denied.

191. Without knowledge and therefore denied.

192. Denied.

193. Without knowledge and therefore denied.

194. The Estate of Peter Schorr incorporates its responses to the cited paragraphs.

195. Without knowledge and therefore denied.

196. Without knowledge and therefore denied.

197. Without knowledge and therefore denied.

198. Without knowledge and therefore denied.

199. Without knowledge and therefore denied.

200. Without knowledge and therefore denied.

201. Without knowledge and therefore denied.

202. Without knowledge and therefore denied.

203. Without knowledge and therefore denied.

204. Without knowledge and therefore denied.

205. Without knowledge and therefore denied.

206. Without knowledge and therefore denied.

207. Without knowledge and therefore denied.

208. Without knowledge and therefore denied.

209. Without knowledge and therefore denied.

210. Without knowledge and therefore denied.

211. Without knowledge and therefore denied.

212. Without knowledge and therefore denied.

213. Without knowledge and therefore denied.

214. Without knowledge and therefore denied.

215. Without knowledge and therefore denied.

216. Without knowledge and therefore denied.

217. Without knowledge and therefore denied.

218. Without knowledge and therefore denied.

219. Without knowledge and therefore denied.

220. Without knowledge and therefore denied.

221. Without knowledge and therefore denied.

222. Without knowledge and therefore denied.

## AFFIRMATIVE DEFENSES

1. The Estate of Peter Schorr is not an appropriate defendant on Plaintiffs' state law claims.

2. The Estate of Peter Schorr did not act willfully in failing to pay the monies owed to Plaintiffs on a timely basis.

3. Plaintiffs received full payment for work performed while Mr. Schorr was responsible for payroll.

4. Payroll due after Mr. Schorr's death was not willfully withheld by him, nor is the Estate of Peter Schorr responsible for any delayed payment of wages.

5. Liquidated damages are not appropriately awarded against the Estate of Peter Schorr.

6. Plaintiffs have not met the requirements of Rule 23 for their state law claims.

Respectfully Submitted,

/s Robyn S. Hankins
Robyn S. Hankins
Florida Bar No. 0008699
ROBYN S. HANKINS, P.L.
1217 Merlot Dr.
Palm Beach Gardens, FL 33410
Telephone: (561) 721-3890
Facsimile: (561) 721-3889
robyn@hankins-law.com
scott@hankins-law.com

**CERTIFICATE OF SERVICE**

The foregoing has been served on May 12, 2025 through the CM/ECF filing system on all counsel of record:

| | |
|---|---|
| **Ryan D. Barack**<br>Primary Email:<br>rbarack@employeerights.com<br>Secondary Email:<br>jackie@employeerights.com<br>**Michelle Erin Nadeau**<br>Primary Email:<br>mnadeau@employeerights.com<br>Secondary Email:<br>jackie@employeerights.com<br>**Kwal1 Barack Nadeau PLLC**<br>304 S. Belcher Rd., Suite C<br>Clearwater, Florida 33765<br>(727) 441-4947<br>(727) 447-3158 Fax<br>Attorneys for Plaintiffs<br><br>**Michael A. Pancier**<br>Fla. Bar No. 958484<br>Email: mpancier@Pancierlaw.com<br>**Michael A. Pancier, P.A.**<br>9000 Sheridan Street, Suite 93<br>Pembroke Pines, FL 33024<br>Attorney for Plaintiffs<br><br>**Peter Ticktin, Esquire**<br>**Ryan Fojo, Esquire**<br>Florida Bar No. 887935<br>Serv512@LegalBrains.com<br>Roosevelt Presume, Esquire<br>Serv522@LegalBrains.com<br>**THE TICKTIN LAW GROUP**<br>270 SW Natura Avenue<br>Deerfield Beach, Florida 33441<br>Telephone: (561) 232-2222 | **Maja Veselinovic**<br><br>**And Patrick Martin**<br>Ogletree Deakins Nash Smoak & Stewart<br>Labor & Employment<br>9130 S. Dadeland Boulevard<br>Suite 1625<br>Miami, FL 33156<br>727-271-9887<br>Email:<br>maja.veselinovic@ogletreedeakins.com<br><br>**Robert C. Perryman**<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>BNY Mellon Center Suite 3000<br>1735 Market Street<br>Philadelphia, PA 19103<br>(215) 995-2800<br>Email: robert.perryman@ogletreedeakins.com |