UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 24-cv-80787-DMM/Matthewman

MIA WILLIAMS, et al,

    Plaintiffs,

v.

RETREAT BEHAVIORAL
HEALTH, LLC, et al.,

    Defendants.
_____/

## MEDIATOR'S REPORT

COMES NOW, Arthur Schofield, the undersigned certified Mediator, and reports to this Honorable Court:

The Mediation was held on October 3, 2025, the result of which was:

X    Partial Agreement    (Agreement reached between Plaintiffs and Defendant Estate of Peter Schoor, only)

☐    No agreement

☐    No agreement: Adjournment


s/Arthur Schofield, Esq.
Certified Circuit Civil Mediator


Copies furnished to:

| | |
|---|---|
| Ryan D. Barack, Esq. | Ryan Fojo, Esq. |
| Michelle E. Nadeau, Esq. | Peter Ticktin, Esq. |
| Kwall Barack Nadeau PLLC | The Ticktin Law Group |

ARTHUR T. SCHOFIELD, P.A. │Via Jardin │ 330 Clematis Street │Suite 207 │ West Palm Beach, FL 33401
(561) 655-4211 │ Facsimile (561) 655-5447
www.flalabor.com

304 S. Belcher Road, Ste. C
Clearwater, FL 33765
rbarack@employeerights.com
mnadeau@employeerights.com

Michael A. Pancier, Esq.
Michael A. Pancier, P.A.
9000 Sheridan Street, Ste. 93
Pembroke Pines, FL 33024
mpancier@pancierlaw.com

James W. Young
1170 South State Street
Ephrata, PA 17522
jameswyoung@msn.com

270 SW Natura Avenue
Deerfield Beach, FL 33441
rfojo@legalbrains.com
pt@legalbrains.com

Robyn S. Hankins, Esq.
Robyn S. Hankins, P.L.
1217 Merlot Drive
Palm Beach Gardens, FL 33410
robyn@hankins-law.com