UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 24-cv-80787-DMM/Matthewman

**MIA WILLIAMS, ET AL.,**

    *Plaintiffs,*

v.

**RETREAT BEHAVIORAL HEALTH, LLC, ET AL.,**

    *Defendants.*

_____/

**MOTION FOR JUDICIAL DEFAULT**

Plaintiffs, by and through the undersigned counsel and on behalf of those similarly situated, hereby move for entry of default against Defendants NR Florida Associates, LLC, NR Pennsylvania Associates, LLC, HFGC, LLC, and Coal Lake Worth, LLC for failing to obtain new counsel.

1. Defendants NR Florida Associates, LLC, NR Pennsylvania Associates, LLC, HFGC, LLC, and Coal Lake Worth, LLC ("Receiver Defendants") were previously represented by Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree").

2. On August 14, 2025, Ogletree moved to withdraw from representation of these corporate Defendants. [Doc. 188].

3. On August 25, 2025, the Court granted Ogletree's Motion to Withdraw. [Doc. 199].

4. The Order provided a deadline to obtain new counsel by September 8, 2025.

5. The Receiver Defendants did not obtain new counsel.

6. As of today, the Receiver Defendants remain unrepresented.

## MEMORANDUM OF LAW

These four corporate defendants were previously represented, but failed to obtain counsel after prior counsel withdrew. "It has been the law for the better part of two centuries, for example, that a corporation may appear in the federal courts only through licensed counsel." *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993).

> Courts have ruled that a corporation's failure to retain new counsel after the withdrawal of its initial counsel is a valid basis for a court to enter a default and a default judgment against the corporation, notwithstanding that it (through counsel) had previously filed an answer to the complaint.

*Mayorga v. Stamp Concrete & Pavers, Inc.*, No. 13-81274-CIV, 2015 WL 1345364, at *2 (S.D. Fla. Mar. 23, 2015)(granting motion for default and collecting cases).

This motion is being filed per the Court's request at the Pretrial Conference on February 13, 2026 and with the consent of all parties during that conference in compliance with Local Rule 7.1(a)(3)(B).

WHEREFORE, Plaintiffs respectfully request this Court enter a default judgment against Defendants NR Florida Associates, LLC, NR Pennsylvania Associates, LLC, HFGC, LLC, and Coal Lake Worth, LLC.

Respectfully submitted,

/s/ Michelle Erin Nadeau
Ryan D. Barack
Florida Bar No. 0148430
Primary Email: rbarack@employeerights.com
Secondary Email: jackie@employeerights.com
Michelle Erin Nadeau
Florida Bar No. 0060396
Primary Email: mnadeau@employeerights.com
Secondary Email: jackie@employeerights.com
Kwall Barack Nadeau PLLC

304 S. Belcher Rd., Suite C
Clearwater, Florida 33765
(727) 441-4947
(727) 447-3158 Fax
Attorneys for Plaintiffs

-and-

/s/ Michael A. Pancier
Michael A. Pancier
Fla. Bar No. 958484
Email: mpancier@pancierlaw.com
Michael A. Pancier, P.A.
9000 Sheridan Street, Suite 93
Pembroke Pines, FL 33024
(954) 862-2217

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of February 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system who will provide service upon all registered parties.

/s/ Michelle Erin Nadeau
Attorney