**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CASE NO: 24-cv-80787-DMM/Matthewman

**MIA WILLIAMS, ET AL.,**

 *Plaintiffs,*

v.

**RETREAT BEHAVIORAL**
**HEALTH, LLC, ET AL.,**

 *Defendants.*

_____/

**STIPULATED MOTION TO VOLUNTARILY DISMISS DEFENDANTS**
**ALEXANDER HOINSKY AND JAMES YOUNG WTHOUT PREJUDICE**

Plaintiffs Mia Williams, Brittany Calvert, and Alisa Leggett, who represent a class of former employees of Retreat Behavioral Health, ("Class Representatives"), pursuant to Fed.R.Civ.P. 41 and 23, file this Joint Motion to Voluntary Dismiss Defendants Alexander Hoinsky and James Young without Prejudice, in the above-styled case.

 1. Plaintiffs have asserted WARN Act, FLSA, and state wage claims against Defendant James Young, in his capacity as Receiver to Defendants NR Florida Associates, LLC, NR Pennsylvania Associates, LLC, HFGC, LLC, and Coal Lake Worth, LLC.

 2. Mr. Hoinsky passed away on July 28, 2025.  [Doc. 189].

 3. Defendant James Young no longer serves as Receiver to Defendants NR Florida Associates, LLC, NR Pennsylvania Associates, LLC, HFGC, LLC, and Coal Lake Worth, LLC. [Doc. 188].

 4. Accordingly, the parties would like to dismiss the claims brought against him.

5.  Defendants Coal Capital Holdings, CLW Holdings, Coal Capital Ephrata, Coal Capital Group, Coal Connecticut, and David Silberstein stipulate to the relief requested herein.

6.  This is not a settlement of the claims.

7.  No party will be deemed the prevailing party for attorneys' fees and each party will bear its own attorneys' fees.

8.  Accordingly, the parties seek an order dismissing all claims against Defendants Hoinsky and Young without prejudice.

## MEMORANDUM OF LAW

Dismissal is proper because all claims against Defendants Hoinsky and Young would be dismissed. "Rule 41 allows a plaintiff to dismiss all of his claims against a particular defendant." *Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1106 (11th Cir. 2004).

Rule 23 states that claims may only be voluntarily dismissed with the Court's approval. Fed.R.Civ.P. 23(e). Rule 23 also requires that class members be given notice of this motion and an opportunity to object or exclude themselves from the class. Fed.R.Civ.P 23(e). The parties propose that this notice be included in the notice that will be sent out regarding the earlier settlements, in an effort to conserve resources and avoid confusion.

In the meantime, they would request a stay of the proceedings as to Defendants Hoinsky and Young.

Plaintiffs and class members will not be prejudiced by this stay or dismissal, as Defendant Hoinsky has passed away and Defendant Young has no personal liability separate from his role as Receiver. Further, the claims are being dismissed without prejudice.

This motion is being filed per the Court's request at the Pretrial Conference on February 13, 2026 and with the consent of all parties during that conference in compliance with Local Rule 7.1(a)(3)(B).

Respectfully submitted,

/s/ Michelle Erin Nadeau
Ryan D. Barack
Florida Bar No. 0148430
Primary Email: rbarack@employeerights.com
Secondary Email: jackie@employeerights.com
Michelle Erin Nadeau
Florida Bar No. 0060396
Primary Email: mnadeau@employeerights.com
Secondary Email: jackie@employeerights.com
Kwall Barack Nadeau PLLC
304 S. Belcher Rd., Suite C
Clearwater, Florida 33765
(727) 441-4947
(727) 447-3158 Fax
Attorneys for Plaintiffs

-and-

/s/ Michael A. Pancier
Michael A. Pancier
Fla. Bar No. 958484
Email: mpancier@pancierlaw.com
Michael A. Pancier, P.A.
9000 Sheridan Street, Suite 93
Pembroke Pines, FL 33024
(954) 862-2217

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of February 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system who will provide service upon all registered parties.

/s/ Michelle Erin Nadeau
Attorney