UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-80787-MATTHEWMAN

MIA WILLIAMS, et al.,

    Plaintiffs,

v.

RETREAT BEHAVIORAL HEALTH, LLC, et al.,

    Defendants.

_____/

## VERDICT FORM

We, the jury find the following, by a preponderance of the evidence:

**As to the Defendant, CLW HOLDINGS, LLC**

    1. Was the Defendant an employer of the Plaintiff class members under the WARN Act?

        Answer Yes or No   **NO**

    2. Was the Defendant an employer of the Plaintiff class members as defined under the wage laws?

        Answer Yes or No   **NO**

**As to the Defendant, COAL CAPITAL HOLDINGS (FLORIDA), LLC**

    1. Was the Defendant an employer of the Plaintiff class members under the WARN Act?

        Answer Yes or No   **NO**

2. Was the Defendant an employer of the Plaintiff class members as defined under the wage laws?

   Answer Yes or No ___NO___

**As to the Defendant, COAL CONNECTICUT, LLC**

1. Was the Defendant an employer of the Plaintiff class members under the WARN Act?

   Answer Yes or No ___NO___

2. Was the Defendant an employer of the Plaintiff class members as defined under the wage laws?

   Answer Yes or No ___NO___

**As to the Defendant, COAL CAPITAL EPHRATA, LLC**

1. Was the Defendant an employer of the Plaintiff class members under the WARN Act?

   Answer Yes or No ___NO___

2. Was the Defendant an employer of the Plaintiff class members as defined under the wage laws?

   Answer Yes or No ___NO___

**As to the Defendant, COAL CAPITAL GROUP, LLC**

1. Was the Defendant an employer of the Plaintiff class members under the WARN Act?

    Answer Yes or No __NO__

2. Was the Defendant an employer of the Plaintiff class members as defined under the wage laws?

    Answer Yes or No __NO__

**As to the Defendant, COAL LAKE WORTH, LLC**

1. Was the Defendant an employer of the Plaintiff class members under the WARN Act?

    Answer Yes or No __NO__

2. Was the Defendant an employer of the Plaintiff class members as defined under the wage laws?

    Answer Yes or No __NO__

**As to the Defendant, HFGC FLORIDA, LLC**

1. Was the Defendant an employer of the Plaintiff class members under the WARN Act?

    Answer Yes or No __NO__

2. Was the Defendant an employer of the Plaintiff class members as defined under the wage laws?

    Answer Yes or No __NO__

**As to the Defendant, DAVID SILBERSTEIN**

1. Was the Defendant an employer of the Plaintiff class members as defined under the wage laws?

Answer Yes or No __NO__

SO SAY WE ALL

███████████████████ Foreperson's Signature

DATE: 2/19/2026