UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-80787-MATTHEWMAN

MIA WILLIAMS, et al.,

    Plaintiffs,

v.

RETREAT BEHAVIORAL HEALTH, LLC, et al.,

    Defendants.

_____/

FILED BY SW D.C.
Feb 20, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## FINAL JUDGMENT

Consistent with the Jury Verdict [DE 287], Final Judgment is hereby entered in favor of Defendants CLW Holdings, LLC; Coal Capital Holdings (Florida), LLC; Coal Connecticut, LLC; Coal Capital Ephrata, LLC; Coal Capital Group, LLC; Coal Lake Worth, LLC; HFGC Florida, LLC; and David Silberstein ("Defendants"), and against Plaintiffs. Plaintiffs shall take nothing from Defendants.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 20th day of February 2026.

WILLIAM MATTHEWMAN
Chief United States Magistrate Judge