# EXHIBIT 2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

CASE NO: 24-cv-80787-Matthewman

**MIA WILLIAMS, ET AL.,**

  *Plaintiffs,*

v.

**RETREAT BEHAVIORAL
HEALTH, LLC, ET AL.,**

  *Defendants.*

_____/

## <u>PROPOSED FINAL JUDGMENT</u>

  Consistent with the Court's Order Granting Final Default Judgment, Final Judgment is hereby entered in favor of Plaintiffs Mia Willams, Brittany Calvert, and Alisa Leggett ("Plaintiffs"), and on behalf of those similarly situation, and against Defendants NR Florida Associates, LLC ("NR Florida"), NR Pennsylvania Associates, LLC ("NR Pennsylvania"), NR Connecticut, LLC ("NR Connecticut"), Retreat Behavioral Health, LLC ("RBH"), and DPRS Management, LLC ("DRPS")(collectively "Defendants").

  Plaintiffs shall recover from the Defendants the amount of Eight Million Twenty-Six Thousand Three Hundred Fifty-Seven and Forty-Two Cents ($8,026,357.42), apportioned to individuals as outlined in the attached Exhibit A, and prejudgment interest at the rate of 3.50% plus post judgment interest at the rate of 3.50% per annum, for which Defendants will be jointly and severally liable.

Date:_____    CLERK OF COURT

          _____

# EXHIBIT A

Ex. A - Individual Judgment Amounts

| NAME | Total Damages |
|------|--------------:|
| ABDUR-RASHID, KHALIL | $11,252.57 |
| ABEL, DEANNA N | $5,915.10 |
| ADAM, MARIE C | $15,810.28 |
| ADAMS, DAVID E | $6,568.05 |
| ADAMS, PATRICK C | $16,923.43 |
| ADLEN, MARK | $39,658.29 |
| AFFOUMADO,RENNY | $16,197.40 |
| AIME,JESULA | $10,182.78 |
| ALBRO, VALERIE A | $11,580.64 |
| ALDAJUSTE, WISNER | $1,544.99 |
| ALVAREZ-THOMAS, TATIANA | $2,717.79 |
| AMBROISE, STEVEN | $7,383.50 |
| ANDERSON, ALLYSON L | $9,703.43 |
| ANDERSON, VANNA K | $8,838.89 |
| ANDREWS, KEVIN C | $44,817.06 |
| ANKRAH,ROSEMOND | $35,613.54 |
| ANTHONY, TONY | $12,266.61 |
| APPIAH,FRANKLIN | $8,183.05 |
| APPIAH,LESTER | $9,248.77 |
| ARMBRUSTER, JEANNETTE R | $26,577.68 |
| ASHE,ERIC | $5,881.68 |
| ATTANASIO, MICHAEL | $21,565.71 |
| ATTRI, RAJIV | $25,282.68 |
| AYALA, LORENA S | $6,540.86 |
| AYRES,ROGER R | $97,119.80 |
| BAILEY,CASSANDRIA | $10,966.16 |
| BAIR, BONNIE S | $11,921.77 |
| BALL, JUSTIN | $16,873.47 |
| BANKS, RALPH | $11,890.29 |
| BARCALOW, NICOLE M | $13,946.68 |
| BARCLAY, DARNELL M | $1,956.39 |
| BARKHEIMER, JENNA | $12,997.51 |
| BARNES, DENISE | $13,645.71 |

Ex. A - Individual Judgment Amounts

| | |
|---|---|
| BARNETT, WANDA L | $13,017.39 |
| BATTEN, JOHN P | $21,466.27 |
| BATTEN, RACHAEL L | $9,308.58 |
| BATTLE, REGGI SHUNTAE | $363.86 |
| BAWUAH,GIDEON | $19,869.45 |
| BECKVERMIT,JAMES J | $17,097.14 |
| BEEKLEY, JUSTIN C | $1,397.43 |
| BEHRLE, AMANDA | $12,268.25 |
| BELFIORE, NICOLE A | $6,087.61 |
| BELGRAVE, DOMINIQUE N | $10,187.07 |
| BENITEZ, ASHLEY C | $12,962.93 |
| BENJAMIN, ROSE | $16,372.98 |
| BENSON, COLLEEN | $4,342.59 |
| BENSON, JOURDAN L | $10,501.07 |
| BERRY, CHRISTOPHER T | $11,345.14 |
| BETHEA,MACARTHUR | $9,490.73 |
| BETHEL, ASHLEY TILEAH | $7,510.09 |
| BIRD, JOELLE R | $14,408.71 |
| BLASI, JASON R | $3,254.69 |
| BLAUSER,BROOKS | $13,973.61 |
| BLESSING, ALLEE C | $10,379.19 |
| BOLBACH-RIDDLE, PATRICIA A | $10,155.71 |
| BONILLA,ASHLEY | $4,521.86 |
| BORZ, AARON | $8,938.62 |
| BOSTIC,TAB | $15,276.46 |
| BOUZY, MARIE | $7,523.16 |
| BOWERS, BRITTANY L | $8,431.30 |
| BOYER,KENNETH | $4,645.79 |
| BRILL, MICHAEL | $13,963.31 |
| BRISCOE,MICHAEL | $20,175.75 |
| BROWN, BREEZE | $10,065.07 |
| BROWN, JOHN K | $25,543.66 |
| BROWN, MONICA R | $5,066.36 |
| BRUBAKER, JESSICA BIANCA | $3,075.72 |

Ex. A - Individual Judgment Amounts

| | |
|---|---|
| BRUCE, JODIE S | $29,775.26 |
| BRUNSON,GREGORY | $14,270.29 |
| BURGESS,CHRISTOPHER | $6,424.26 |
| BURKHART, KARISSA | $4,154.10 |
| BURKHOLDER, CHRISTIAN Z | $8,981.15 |
| BYERLY, LESLIE | $10,480.18 |
| BYERS,THEODORE | $14,644.35 |
| BYNUM, STEPHANIE L | $12,575.98 |
| CABRERA, ANGELINA D | $10,073.97 |
| CALMON, NANCY | $7,496.31 |
| CALVERT, BRITTANY E | $13,095.95 |
| CALVIN, TIMOTHY G | $24,811.12 |
| CAMPBELL, DENISE | $12,529.17 |
| CAMPBELL, EMILY | $8,279.67 |
| CAMPBELL, LAHISSHA | $5,197.33 |
| CARUSO,MELISSA ANNE | $11,559.19 |
| CATERBONE, ELIZABETH A | $12,789.44 |
| CERESINI, ELIZABETH R | $10,321.43 |
| CERRETA, MARISA K | $3,797.99 |
| CHAMPION, BENJAMIN L | $12,497.14 |
| CHERY, REYNALD | $8,458.75 |
| CHOE, ANDREW | $9,870.28 |
| CIEZAK, MELISSA L | $7,234.08 |
| CIUS, PIERRELEN | $7,241.71 |
| CLARKE, SOPHIA S | $11,578.78 |
| CLAYTON, DEIDRIA | $7,584.66 |
| CLYBOURN, JULIAN L | $5,095.64 |
| COCHRANE, JOHN | $6,245.65 |
| COLIN, JHONNY | $6,497.98 |
| COLLAZO FUENTES, ANGEL M | $4,166.21 |
| CONROY, JOHN T | $12,846.33 |
| CONSTANTINE, SUSAN | $5,896.29 |
| COOPER, GARRET | $7,065.00 |
| COPPOLA, EMILY | $48,782.70 |

Ex. A - Individual Judgment Amounts

| | |
|---|---|
| CORCORAN, KAILYN | $8,747.14 |
| CORDIER, DEREK J | $6,182.67 |
| CORRIGAN, SAMANTHA | $6,783.40 |
| COUSINS,JOHN | $10,857.09 |
| COVACI, LETITIA A | $79,396.56 |
| COVELLO, ANDREW | $13,753.92 |
| CRADEN, MICHAEL | $10,728.66 |
| CREEDON, KASEY | $37,581.20 |
| CROUT, AMY | $9,302.89 |
| CRUZ, BIANCA | $8,850.96 |
| CRUZ, CYNTHIA L | $15,850.31 |
| CYR, THOMAS A | $8,447.16 |
| D'IMPERIO, ASHLEY J | $23,777.76 |
| DANIELS, EVELYN | $16,043.15 |
| DANZEY, TANISHA | $7,995.16 |
| DAVIS, DEDTRA A | $16,859.77 |
| DAVIS,NIA | $4,149.87 |
| DAVIS,TAMARA | $2,045.49 |
| DAVIS,WILLIAM | $4,486.06 |
| DAWKINS,CARLTON | $14,997.98 |
| DEHAVEN, KAIGE E | $8,202.22 |
| DEJESUS, CARLOS M | $6,683.65 |
| DEJESUS, MARY A | $15,021.49 |
| DELIA, FRANK A | $55,696.79 |
| DELICE, KETIA | $8,303.68 |
| DELUCCA, PAUL | $7,394.97 |
| DEMERS,ELSIE | $16,243.16 |
| DEMILO,TRACEY | $16,669.71 |
| DEMIRANDA, JOAQUIM | $9,762.91 |
| DENIS, JESSICA | $12,944.79 |
| DERICHO, MERCEDES | $14,146.29 |
| DESLIANDES, EMMANUELLE O | $7,403.62 |
| DESTEFANO, ALYSSA | $15,615.30 |
| DHAITI, RONIDE | $8,585.93 |

Ex. A - Individual Judgment Amounts

| | |
|---|---|
| DIAZ, MATTHEW | $10,131.24 |
| DILEONE,MARK | $15,156.64 |
| DIVELY, KRISTI L | $63,113.33 |
| DOHNER, MARANDA T | $5,305.29 |
| DORCENT, JULIENNE | $5,661.14 |
| DORCIL, IRVING | $14,251.01 |
| DORE, LYNNE | $8,478.73 |
| DORNEVIL, LEMOND | $6,655.51 |
| DOTTS, WILLIAM D | $4,813.64 |
| DOUGHERTY, CHELSEA L | $12,265.99 |
| DOWNEY,JOSHUA | $4,669.67 |
| DRAGON,TAYLOR | $12,336.94 |
| DRUERY, RYNE C | $12,486.27 |
| DUFFY, JAMES R | $15,878.49 |
| DUKES,KANESHA | $19,905.01 |
| DUMARSAIS, JOHANE | $7,476.20 |
| EBERHART, KIRSI | $6,564.18 |
| EBRIGHT, ZORA S | $6,910.04 |
| EDOUARD, SCHNEIDER | $10,249.11 |
| EDWARDS, SALLY J | $7,702.74 |
| ELLIS,ERICA N | $10,833.21 |
| ELLIS,ILIYA | $10,276.30 |
| EMBER,SHAYN | $7,575.86 |
| EMILE, WIZELANDE | $8,758.03 |
| ENDERS,ADAM | $4,906.99 |
| ENDERS,SANDRA G | $9,318.02 |
| ENDRUSCHAT, PAIGE E | $9,616.41 |
| ESHELMAN, JUDY L | $12,315.53 |
| ESTIME, CESAR W | $3,625.90 |
| EUGENE, JASON | $5,327.47 |
| EUGENE, MYRTHA | $6,786.34 |
| FABBRICATORE, THOMAS | $25,805.80 |
| FABISH,NICOLE L | $12,720.66 |
| FARES, SHAUNA | $11,352.00 |

Ex. A - Individual Judgment Amounts

| | |
|---|---|
| FAUL, ANNETTE J | $10,223.83 |
| FAUST, JULIE ANN | $9,395.12 |
| FAUST, KATHRYN M | $21,058.02 |
| FEGGANS-HAYNES, LESLIE | $30,434.18 |
| FERRAIOLO,THOMAS | $12,972.67 |
| FIELD, DANIELLE J | $2,109.92 |
| FIGUERAS, YADIRA | $4,984.89 |
| FLAZ, JESSICA | $10,578.58 |
| FLEMING, NATALIE FERRIS | $8,317.26 |
| FOGG,MELISSA | $12,368.18 |
| FONSECA-SILVA,MARLENE | $35,366.11 |
| FONTENOT, MARIA L | $13,345.58 |
| FOONT, TODD | $31,884.96 |
| FORGONY, DANIEL JAMES | $2,291.49 |
| FOSTER, TYLER W | $17,694.37 |
| FOUNTAIN,FRANCES | $9,790.90 |
| FRANCOIS, ANGIE | $12,068.98 |
| FRANKLIN, WENDY | $2,745.09 |
| FRANKLIN,TOMEKA | $13,452.34 |
| FRATARCANGELI,BIANCA | $16,223.71 |
| FRAZIER, ERNESTINE | $10,634.15 |
| FREDERICK, JOY K | $10,122.68 |
| FREY, JOEY | $2,696.42 |
| FRIEDEN, ANDRE R | $13,323.43 |
| FULTZ, APRIL M | $5,165.71 |
| GALLMAN,JAREL M | $43,294.63 |
| GALLO, ANNIE | $8,043.26 |
| GARIANO, CHRISTINE | $39,697.87 |
| GAROFOLA, THOMAS | $25,803.57 |
| GATES,SHERITA | $23,966.82 |
| GAYLE, ROSA | $13,762.97 |
| GILBERT, NATASHA | $10,361.54 |
| GILDFORD,ANDREW | $5,607.59 |
| GILL,NATASIA | $12,686.91 |

Ex. A - Individual Judgment Amounts

| | |
|---|---|
| GINGRICH, ALYSHA | $11,465.04 |
| GIST,PAMELA | $11,352.94 |
| GLAZER, ROBERT M | $14,146.80 |
| GOHRING, AMANDA S | $8,322.01 |
| GOLD, MAXINE | $6,191.87 |
| GOMEZ VILLASUSO, YOENDI | $8,313.57 |
| GONZALEZ, JAVIER E | $7,108.01 |
| GONZALEZ, KIMBERLY | $9,358.63 |
| GONZALEZ, MAGALI | $7,297.04 |
| GORDON,SANDRA | $3,449.81 |
| GOSS, NATALIE L | $8,435.20 |
| GRANATA, JESSICA | $31,551.04 |
| GREEN, GARFIELD | $10,445.73 |
| GREEN,LISA | $11,300.04 |
| GREEN,MYLES | $10,046.67 |
| GREEN,VALENE | $3,284.82 |
| GREINER, DERICK | $10,523.56 |
| GREY, CHRISTINE M | $15,879.11 |
| GRIESEMER, KIRSTEN | $8,087.07 |
| GRIFFITH, NINA M | $16,355.70 |
| GUNZENHAUSER, BENJAMIN | $8,025.56 |
| GUTERL,RYAN | $1,578.57 |
| HACKER, QUINN B | $16,576.21 |
| HAGANS,JIMMY | $13,380.03 |
| HAGANS,JOSEPH | $12,780.84 |
| HAGANS,TIMOTHY | $13,233.50 |
| HALLOWAY,DANIELLE | $16,819.43 |
| HAMMER, PHILLIP A | $6,948.64 |
| HAMMONDS,SHABRENA | $7,741.70 |
| HAMMONS, RENEE M | $7,920.82 |
| HANS, JAMES | $14,703.62 |
| HARMAN, MICHELLE L | $8,766.99 |
| HARMER, KRISTA A | $3,025.90 |
| HARRIGAN,BION | $22,417.56 |

Ex. A - Individual Judgment Amounts

| | |
|---|---|
| HARRIS, IAN B | $7,234.98 |
| HARRIS, YANNICK N | $9,925.09 |
| HARTMAN, JEAN M | $11,654.96 |
| HAYDEN, TELISA | $12,994.29 |
| HAYES, BRENNAN | $8,622.86 |
| HECKER, LONNIE C | $8,415.25 |
| HEIL, DANIEL | $9,250.67 |
| HENDERSON,RASHONDA | $15,599.21 |
| HERNANDEZ, BENJAMIN | $9,126.59 |
| HESTER, SHERRY A | $2,032.71 |
| HICKS, ISAAC L | $9,589.81 |
| HILL, RACHEL | $2,199.47 |
| HILL,DERRICK | $9,367.00 |
| HINDS, JOSEPH | $7,497.83 |
| HOFFMAN, MONICA | $10,857.28 |
| HOINSKY, ALEXANDER J | $43,374.77 |
| HOLBROOK, GREGORY W | $7,315.39 |
| HOLDEN,MARY | $15,571.76 |
| HOLMES, ROSELLA H | $22,108.39 |
| HOLMES,CLAUDIA | $19,312.66 |
| HORNER, STEVEN M | $12,467.47 |
| HORST, LEAH BONETTI | $3,798.40 |
| HORTON, DOMINIC | $8,658.40 |
| HORTON, KIANDRA | $7,430.40 |
| HORVATH,MARK | $1,270.48 |
| HOWARD, JOHNNY R | $7,954.71 |
| HUDZIK, ALURA L | $7,724.54 |
| HUGGINS, SHANEA | $7,598.96 |
| HUNT, MAGGIE E | $30,389.37 |
| HURD, JEREMY D | $2,359.38 |
| HUTCHINS, MIRANDA | $4,776.46 |
| HUTCHINSON, WILLIE M | $13,351.91 |
| IDE,DANIELLE | $4,621.56 |
| IRVIN, CHRISTINE I | $1,995.43 |

Ex. A - Individual Judgment Amounts

| | |
|---|---|
| IRVIN, GLORIA | $8,870.89 |
| ISIDOR, BERVELIE | $2,952.51 |
| JACKSON-HALL, JENNIFER | $13,021.68 |
| JACKSON, COREY L | $10,772.01 |
| JACKSON, LINDSAY E | $1,042.76 |
| JAMES-MARQUIS,SHAUNETTE | $9,293.84 |
| JAMES,ASIA | $2,496.00 |
| JAMES,JACQUELINE | $26,107.72 |
| JAMES,VANNIE | $5,658.52 |
| JEAN BAPTISTE-JANVIER, MYRIAM | $9,043.88 |
| JEAN CHARLES, CHRISLENE | $7,721.55 |
| JEAN, LENSEY | $3,729.90 |
| JEAN, MANICIA | $11,179.75 |
| JEANTY, HAISHA | $6,952.14 |
| JEANTY, HUGUES V | $23,212.71 |
| JEFFERIS, ANDREW | $17,413.72 |
| JENKINS, ELAINE | $5,019.99 |
| JOHNSON, KHARA M | $12,140.61 |
| JOHNSON, LAKIESHA | $7,577.19 |
| JOHNSON,LYNN | $5,893.15 |
| JONES, ANGELA R | $9,614.95 |
| JONES, RADCLIFFE | $7,665.71 |
| JONES,SHAINA | $2,487.29 |
| JONES,TONISHA | $2,812.55 |
| JONGSMA,ANNETTE | $5,057.80 |
| JORGE, RICHARD | $4,162.80 |
| JOSEPH, PHADNER | $13,322.64 |
| JULES, VALINCE | $12,757.47 |
| KALIL, ANDREA L | $14,377.45 |
| KALIL, MICHAEL A | $10,066.55 |
| KARSIF,BRIAN | $96,442.31 |
| KASPER, LAUREN M | $10,660.54 |
| KEDDIE, KIMBERLY N | $16,466.36 |
| KELLY, JEAN H | $14,432.95 |

Ex. A - Individual Judgment Amounts

| | |
|---|---|
| KELSON, LAJUNE | $9,737.04 |
| KENN, JONATHAN H | $9,338.75 |
| KERR, NASHUNE | $26,084.96 |
| KHUNTANGTA, MICAH D | $14,970.94 |
| KIMBALL, AMANDA R | $30,010.29 |
| KLUNK, JUSTIN C | $6,611.42 |
| KURLANCHEEK, KRIS S | $15,655.54 |
| LA FERRERA, GENEVIEVE | $17,074.29 |
| LABIK, THERESA M | $17,022.10 |
| LACHMAN, LAURA | $14,854.60 |
| LAFLAIR, RHEANNA LEE | $7,845.03 |
| LANG, KALEISHA | $11,986.93 |
| LATHAM, SYDNEY A | $1,903.12 |
| LAURENT, KEDY | $13,947.38 |
| LEARY,LATEASHA | $22,227.93 |
| LEAVEY,LAUREN | $1,097.96 |
| LECKER,MADISON | $14,143.76 |
| LEFEVER, JOHN W | $11,973.72 |
| LEGGETT,ALISSA M | $18,413.35 |
| LEIBIG, JR, JAMES R | $11,323.74 |
| LESHOK, DANA K | $9,206.63 |
| LEWIS,DONETTE | $11,966.73 |
| LILLIS,JOCELYN | $7,048.07 |
| LINCOLN, SUSAN | $7,845.61 |
| LINDERMAN, SARA F | $14,966.07 |
| LODRAGO, SHANNA M | $18,484.27 |
| LONGENECKER, THOMAS W | $12,641.69 |
| LOPEZ PEREZ, ESMERALDA | $3,138.67 |
| LOPEZ-RABELO, NADIA | $9,336.53 |
| LOR, FONG | $15,274.48 |
| LORETO, CHRISTINE | $16,235.76 |
| LOUINORD, RONIDE | $6,153.01 |
| LUCAS, BENITA J | $12,035.44 |
| LUCAS, CHASITY | $5,946.95 |

Ex. A - Individual Judgment Amounts

| | |
|---|---|
| LUCKE,SHERRY | $24,711.39 |
| LUCKENBAUGH, CHAD A | $9,136.61 |
| LUKRIDGE, ALLIE M | $3,625.11 |
| LUNA,ALYSSA | $21,016.44 |
| LYNCH, ERIN M | $18,260.98 |
| LYON,BRIANNA | $10,951.73 |
| MACDONALD, SUZANNE M | $13,322.85 |
| MACE, CHASSIDY A | $11,609.13 |
| MACK,CLYDE | $11,508.68 |
| MACK,TYREESE | $11,558.74 |
| MAGEE, STACEY CHARLES | $10,079.89 |
| MALONE, HEATHER | $11,100.30 |
| MANASSE, TYTIANA | $8,592.90 |
| MANISCALCO, CHRISTOPHER P | $14,972.57 |
| MAPP,TYRONE | $5,804.50 |
| MARROQUIN, AUNDREA | $9,910.26 |
| MARTIN, CORISSA B | $7,802.20 |
| MARTIN, ELIZABETH | $9,435.27 |
| MARTIN, JACQUELINE M | $11,544.42 |
| MARTINEZ FRIEDBERG, VALERIE ANN | $10,471.58 |
| MARTINEZ, CHRISTINA T | $15,596.86 |
| MASLOWSKI, DAVID | $12,753.60 |
| MASSEY,THOMAS | $44,883.71 |
| MAYPOLE, JILL S | $11,359.86 |
| MCCLAIN, LAUREN E | $14,173.38 |
| MCCONE,STACEY | $5,843.48 |
| MCDONNELL,AMY | $101,897.54 |
| MCGIVNEY,MATTHEW MORGAN | $10,272.84 |
| MCHUGH, SHAWN | $7,217.28 |
| MCKENZIE-JENNINGS,IYEIKA | $20,364.96 |
| MCPHERSON-JIMENEZ, CHRISTINA | $11,503.51 |
| MCSWAIN, JENNIFER A | $13,908.91 |
| MEANS,TIA | $9,676.34 |
| MEDINA, EVELYN I | $12,238.92 |

Ex. A - Individual Judgment Amounts

| | |
|---|---|
| MELLINGER, BEVERLY A | $8,833.41 |
| MELNICK, LEIGHAN | $13,471.53 |
| MERCED, AMANDA I | $9,997.14 |
| MERCER,ASHONTEE | $1,348.32 |
| MERISEME, ROBERTHA | $11,312.15 |
| MESSNER, AMANDA L | $8,964.47 |
| MESSNER, IRVIN RONALD | $3,251.58 |
| METAYER, MILINE | $7,377.97 |
| MICHAELIAN, JESSICA L | $8,590.23 |
| MICHALSKI, JOANN | $20,254.31 |
| MILLER, BOBBY G | $12,513.70 |
| MILLER, DENNIS L | $9,727.69 |
| MILLER, MEGAN | $11,635.52 |
| MILLER, TAYLER A | $12,161.15 |
| MIMS,AVA | $1,609.26 |
| MINASIAN, JEREMIAH ANDREW | $4,392.51 |
| MITCHELL, AMY M | $9,353.14 |
| MITCHELL, ANDREW N | $15,160.38 |
| MITCHELL, MATTHEW | $19,749.63 |
| MITCHELL, THOMAS | $17,408.87 |
| MONTALVO, RAUL A | $10,830.91 |
| MONTOUTE-HOWARD, JON | $7,918.03 |
| MORALES, ALDO | $27,097.42 |
| MORE, MARCO | $38,674.29 |
| MORRIAR,MELISSA | $- |
| MORTON, SONYA R | $9,848.55 |
| MOYER, SARA C | $11,272.09 |
| MUCHEMI,ERICK | $18,653.34 |
| MUFSON, ROBERT | $15,010.35 |
| MURRAY, MATTHEW D | $6,498.42 |
| MURRAY, MELINDA | $8,234.24 |
| MUT,BROCHI | $42,158.23 |
| NAUMAN, ANASTASIA N | $14,561.97 |
| NELSON, JA'MAAR | $4,152.05 |

Ex. A - Individual Judgment Amounts

| | |
|---|---|
| NICHOLSON,BRIDGET | $30,606.87 |
| NICKLES, BRUCE D | $4,190.44 |
| NOLEN,OLIVIA | $2,516.79 |
| NOVAK, EDWIN | $11,364.01 |
| NUNN, KENDA | $8,240.28 |
| NUSBAUM,HENRY | $6,010.71 |
| NUSS, CLARENCE R | $3,630.37 |
| O'BRIEN, AMBER L | $16,584.47 |
| O'REILLY, JORDAN M | $1,236.84 |
| OCCEAN, CLAUDIA | $4,660.62 |
| OLESKI, MARK R | $17,670.29 |
| OLIVEIRA, MARCELO A | $18,102.86 |
| OLIVER, JASON M | $11,022.42 |
| OLMEDA-TORRES, LAUREN | $9,218.87 |
| ORENCIA,RONALD | $16,739.08 |
| ORR,ALYSSA | $14,862.86 |
| ORTIZ, JESSICA E | $6,819.21 |
| OSEI-BONSU,DIANA | $13,475.56 |
| OTERO, GAMALIER | $9,679.41 |
| OTERO, MARK A | $9,188.57 |
| OUTLAW,ALTON | $4,863.72 |
| OWENS,KYESHIA | $18,288.91 |
| PALMER, LINDA A | $6,834.36 |
| PATTERSON, LILY N | $6,161.95 |
| PATTERSON,JACQUESE | $8,106.73 |
| PEARSON,CHRISTOPHER | $1,596.71 |
| PEARSON,KEVIN | $12,999.05 |
| PEDEMEY, PHILIPPE | $12,105.94 |
| PEKURI, TIFFANY | $7,414.43 |
| PENN, CHAVON | $15,019.74 |
| PERALES, DAWN M | $3,066.79 |
| PEREZ-ROBLERO, WENDY | $7,369.91 |
| PEREZ, AMANDA ZOA | $4,307.04 |
| PEREZ, ISAAC A | $20,030.34 |

Ex. A - Individual Judgment Amounts

| | |
|---|---|
| PEREZ, ISAAC A | $10,635.59 |
| PEREZ, TELMA E | $7,817.72 |
| PETERS, ANDREW J | $6,961.33 |
| PETRY, DANIEL | $12,901.79 |
| PETRYKOWSKI, KRISTY L | $15,829.40 |
| PHELAN, CASSANDRA E | $6,975.28 |
| PHILLIPS, CURTIS | $58,652.57 |
| PHILLIPS,VALICIA | $11,216.79 |
| PIERCE, ALICIA M | $19,916.57 |
| PIZZINGRILLI, GABRIELLE M | $10,915.94 |
| PLITSCH, MATTHEW W | $8,399.81 |
| POCHUSKI, WILLIAM J | $11,643.26 |
| POLYNONE, ALISON L | $8,057.56 |
| POOLE, KELLY ANN | $11,764.70 |
| POSSESSKY, MICHELE L | $8,330.49 |
| POULARD, GABRIELLA | $6,973.04 |
| PRADO-CARR, ANA G | $9,415.39 |
| PREBOSNYAK, KAYLEIGH | $3,729.33 |
| PURCELL, RYAN A | $7,593.09 |
| QUINN, ZACHARY TYLER | $6,618.73 |
| RAMOS,BRENDA | $5,865.00 |
| RANCY, CARLENE | $8,740.90 |
| RANDERSON, SHERYLYNN | $10,916.01 |
| RAWLINGS, MELODY | $12,708.21 |
| RAWLS,MALIKKA | $18,332.13 |
| RAY, CASSIDY | $7,431.43 |
| REDCAY, DANIELLE L | $9,149.21 |
| REESE, JOHN E | $12,265.99 |
| REESE,ASHLEY | $815.41 |
| REILLY, SUSAN C | $14,247.03 |
| REILLY, WILLIAM J | $8,041.93 |
| REINHART, JAMES WILLIAM | $10,909.98 |
| REINHART, KAREN M | $3,076.30 |
| REMP, MARIE E | $3,549.74 |

Ex. A - Individual Judgment Amounts

| | |
|---|---|
| REYES, ROBERT | $1,412.00 |
| RICHARDS, LINDSEY K | $21,203.50 |
| RICHARDS,KENDRA | $10,163.27 |
| RICHARDSON,VALERIE | $12,796.72 |
| RICK, THERESA M | $20,048.34 |
| RICKETTS,ALEXANDER | $7,988.95 |
| RIEHL, LARRY C | $9,354.89 |
| RIEHL, MICHAEL K | $42,651.06 |
| RING,MATHEW | $6,455.51 |
| ROBERTS, QUEEN | $11,615.26 |
| ROBINSON, LEAH J | $4,504.86 |
| ROBINSON,JOHN | $10,087.29 |
| ROBINSON,WILLIAM K | $9,946.13 |
| ROBLERO, YENNIFER | $6,886.29 |
| ROBLERO, YULISA | $7,836.46 |
| RODRIGUEZ, ANDRES | $9,612.62 |
| RODRIGUEZ, CARLOS ALBERTO | $10,501.11 |
| RODRIGUEZ, DEMARIS I | $7,161.07 |
| RODRIGUEZ, SONIA | $7,790.27 |
| RODRIGUEZ,GLORILIZ | $13,059.64 |
| RODRIGUEZ,JONATHAN | $32,619.58 |
| RODRIQUEZ, SHAKEEMA M | $5,828.63 |
| ROGERS,DOMINGO G | $7,937.23 |
| ROLLINS, TROY D | $11,897.41 |
| ROMAN, DANIEL | $2,591.61 |
| ROMEI, KIMBERLY | $10,813.49 |
| ROSA, GILBERTO P | $17,864.00 |
| ROSARIO, JESSICA | $16,431.52 |
| ROWE, DAVIN P | $10,694.02 |
| ROWE, NICHOLAS C | $14,462.39 |
| ROYER, RICHARD M | $2,601.41 |
| RUBENSTEIN,ERIC | $9,896.25 |
| RUIZ, BERNARDO | $6,393.70 |
| RUSSELL, MITA | $11,026.88 |

Ex. A - Individual Judgment Amounts

| | |
|---|---|
| SAEZ,VICTOR | $6,810.86 |
| SALADA, KAITLYN | $3,074.60 |
| SALADUCHA, TREASURE | $3,244.21 |
| SALAHUDDIN,ANEESA | $13,468.53 |
| SALTZ,RHODA | $8,782.27 |
| SAMBATARO, BARBARA A | $12,839.81 |
| SAMBATARO, FRANK | $13,693.71 |
| SANCHEZ, ALEXSANDER M | $9,486.26 |
| SANCHEZ, DANIELLA ELIZABETH | $8,219.14 |
| SANCHEZ, ELVIS | $10,643.27 |
| SANSON, ANA | $13,811.01 |
| SANTIAGO, ELIZABETH | $13,334.37 |
| SANTIAGO, MARYLEE | $19,664.43 |
| SANTIAGO,JAVIER | $11,394.86 |
| SCANTLEBURY, GLENROY CLEOPHUS | $14,126.76 |
| SCHONHAUT, JORDAN | $11,980.34 |
| SCHULZ, TYLER J | $10,897.67 |
| SEARS, MARK | $6,837.96 |
| SEMPLE, MARY E | $10,212.02 |
| SERAPHIN, SANDRINA | $15,548.57 |
| SEVERE, MIMOSE | $10,081.53 |
| SHAAK, LAUREN M | $10,631.08 |
| SHANK, DARRELL L | $11,393.92 |
| SHANNON,WILLIE | $10,337.67 |
| SHAW, CAYDEN | $10,185.12 |
| SHAW, JAMES E | $15,125.95 |
| SHAW, TRACEY E | $19,945.31 |
| SHAWARD,SHAQUILE | $2,661.62 |
| SHEEHAN,KATHLEEN | $40,317.30 |
| SHENK, AMANDA C | $9,072.30 |
| SHEPRO, CLAIRE A | $3,666.67 |
| SHULER,ISIAH | $15,505.69 |
| SIGMUND, MARK H | $16,679.43 |
| SILVA,MARYELLEN | $20,217.86 |

Ex. A - Individual Judgment Amounts

| | |
|---|---|
| SILVERIO, CARLOS M | $8,384.24 |
| SIMEON, BETTY | $9,792.39 |
| SIMS-MOSLEY, MONTANNA | $3,369.80 |
| SLIMAK, KEVIN M | $3,415.76 |
| SMALLS,TYJUAN | $11,642.60 |
| SMART,DANA | $17,950.18 |
| SMITH, JARED R | $13,892.64 |
| SMITH,JAIDA | $7,649.79 |
| SNELICK, BRIANA R | $10,872.39 |
| SNYDER, CODY DEAN | $9,967.87 |
| SOLTANI, KHOSROW | $8,732.76 |
| SOMMONS, KEVIN R | $9,333.52 |
| SORIA, SHEILA | $15,225.23 |
| SOTER,CARLYN | $18,573.43 |
| SPENCER, UTASHA | $8,676.00 |
| SQUILLACI, ROLANDO | $9,219.36 |
| STAMBAUGH, SYBIL I | $1,993.21 |
| STANLEY,CYANNE | $16,394.87 |
| STATON,LINDA | $3,193.52 |
| STEWART, CHRISTINE A | $10,443.64 |
| STEWART,ANDREA | $11,992.52 |
| STEWART,BRANDI | $14,295.14 |
| STEWART,STACI | $25,237.64 |
| STIMMEL, MELISSA | $12,457.88 |
| STOPHEL, LAUREN N | $999.41 |
| STRAUGHTER,SHAUNTE | $3,630.02 |
| STRENCHOCK, JAMIE LEE | $610.35 |
| STROHECKER, CHRISTINE A | $9,646.83 |
| SULLER,RICHARD | $10,973.69 |
| SUNIGA, KRESHA | $4,700.29 |
| SURIANO, CAMERON O | $6,006.99 |
| SWEGER, SARAH | $24,811.12 |
| SWINEHART, BROOKE A | $10,916.88 |
| TAKO,CECILIA | $20,856.25 |

Ex. A - Individual Judgment Amounts

| | |
|---|---|
| TARVAINEN, ANITA | $8,870.21 |
| TAYLOR, JADEN J | $7,098.61 |
| TAYLOR,ROBERT | $10,029.86 |
| TEITELBAUM,ERIC | $27,817.39 |
| TEMES, PATRICIA | $698.91 |
| THERAMENE, YOUSELINE | $7,043.89 |
| THOMAS, KATHLEEN B | $15,209.29 |
| THOMAS,DESRINE | $17,334.17 |
| THOMPSON,AMANDA | $11,721.67 |
| THOMPSON,BENNYTA | $7,102.26 |
| THORNE, RODNEY LEE | $10,539.31 |
| TIETJENS, JESSE | $12,159.03 |
| TORRES, AMIRA | $5,555.29 |
| TREJO, CRYSTAL | $7,059.54 |
| TRIBBLE, BETTY J | $2,232.62 |
| TROBMAN, ALAN E | $21,833.79 |
| TRUAX, LYNDSAY | $9,492.37 |
| TUFTS-SICARD, CYNTHIA D | $14,747.42 |
| TUMMILLO, VICTORIA | $12,095.76 |
| TURETSKY, SARA | $11,615.91 |
| TWAROWSKI,ANTHONY | $12,911.41 |
| TWIGG,ALYSSA | $28,021.97 |
| URYC, MEGGAN | $11,829.11 |
| VADOVSKY, KAYLA | $29,060.89 |
| VALCIN, MARIE B | $8,697.85 |
| VALENTIN, ANDRE M | $6,706.60 |
| VALINO, ADRIENNE M | $11,383.32 |
| VALTIERRA, JOSE | $9,696.00 |
| VANBLARGAN, SARA J | $2,995.73 |
| VANDERLAAN, PAMELA | $11,465.04 |
| VANDERVORT,JAMEN | $9,533.14 |
| VANDERVORT,JAMES | $17,995.23 |
| VANNINI, ALICIA | $20,839.65 |
| VARGAS, ROBERT A | $6,558.08 |

Ex. A - Individual Judgment Amounts

| | |
|---|---|
| VARNER, BRIANNA | $7,791.72 |
| VAUGHN,TYLON | $10,219.46 |
| VEDDER, AMY | $14,068.86 |
| VEREEN,KENNETH | $4,474.42 |
| VERINIS,BLAINE | $12,103.73 |
| VIDAL, DIEGO | $24,659.85 |
| VIL HOBOUR, MARIE | $9,022.39 |
| VILSAINT, BRITNEY | $4,458.35 |
| VINAS, BIANCA | $13,605.67 |
| WALKER, KEVIN A | $31,909.73 |
| WALLEIGH, SARAH J | $13,892.64 |
| WALMER, JADE A | $3,619.78 |
| WALMER, RYAN L | $15,700.96 |
| WALTERS, BERRIS | $10,421.38 |
| WALTMAN, ALEXIS N | $6,961.61 |
| WATERS,DARRYL | $10,302.24 |
| WATERS,RONALD | $14,563.11 |
| WEISBROD, PATRICIA R | $14,135.74 |
| WELSH, MARYKATE | $34,724.81 |
| WHITE, CHRISTOPHER N | $10,578.45 |
| WHITE, MICHAEL J | $1,274.63 |
| WILLIAMS, ALEXA K | $8,930.10 |
| WILLIAMS, ANGELA D | $11,238.31 |
| WILLIAMS, HEATHER A | $25,864.45 |
| WILLIAMS, MIA L | $11,345.14 |
| WILLIAMS, VICTORIA L | $2,130.58 |
| WILSON, THEODORE R | $2,621.93 |
| WILSON,KORI | $7,384.08 |
| WISE, TRACEY | $7,556.10 |
| WISSLER, ELLIE | $11,645.61 |
| WITKOWSKI,CODY | $939.29 |
| WOLF, AMI L | $6,946.94 |
| WOLFE, ASHLEY M | $7,775.40 |
| WOLGEMUTH, MARK D | $24,879.80 |

Ex. A - Individual Judgment Amounts

| | |
|---|---|
| WRIGHT, KIM L | $8,255.58 |
| WRIGHT,JUSTIN | $10,380.03 |
| WRIGHT,YALITZA | $40,758.50 |
| WYNDS, NAKIA | $7,122.56 |
| YEBOAH,SYLVESTER | $21,799.61 |
| YOUNG,AVRON | $13,294.22 |
| YOUNG,WILLIAM | $26,854.32 |
| ZEPHIR, MARIE YVES NELLIE | $8,490.26 |
| | $8,026,357.42 |